# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Braend Manuela

_____

_____

Write the full name of each plaintiff.

_____CV_____

(Include case number if one has been assigned)

-against-

Transunion LLC

_____

_____

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

# COMPLAINT

Do you want a jury trial?
☑ Yes    ☐ No

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑    **Federal Question**

☐    **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?
15 U.S.C. 1681- Fair Credit Reporting Act, 15 U.S.C. 1692 - Fair Debt Collections Act
15 U.S.C. 1691 - Equal Credit Opportunity Act

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____Braend Manuela_____ , is a citizen of the State of
(Plaintiff's name)

New York
_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                        (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

Transunion LLC

The defendant, _____, is incorporated under the laws of

        Illinois

the State of _____

                                                Illinois

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

                                555 west Adams street, Chicago, cook county IL 60661

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

## A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

Braend                                          Manuela

First Name              Middle Initial          Last Name

1930 Hennessy Pl Fl 2

Street Address

Bronx                                   NY                      10453

County, City                            State                   Zip Code

917-499-0653                            Braendboa@gmail.com

Telephone Number                        Email Address (if available)

**B.   Defendant Information**

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

Transunion LLC
_____
First Name                          Last Name
Consumer Reporting Agency
_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)
555 west Adams street, Chicago, cook county          IL                          60661
_____
County, City                          State                     Zip Code

Defendant 2:
_____

First Name                          Last Name
_____

Current Job Title (or other identifying information)
_____

Current Work Address (or other address where defendant may be served)
_____
County, City                          State                     Zip Code

Defendant 3:
_____

First Name                          Last Name
_____

Current Job Title (or other identifying information)
_____

Current Work Address (or other address where defendant may be served)
_____
County, City                          State                     Zip Code

Page 4

Defendant 4:

|  | First Name | Last Name |  |
|---|---|---|---|

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

| County, City | State | Zip Code |
|---|---|---|

## III. STATEMENT OF CLAIM

Place(s) of occurrence: New York City,

Date(s) of occurrence: 12/12/23

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

PLEASE SEE ATTACHED COMPLAINT

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

PLEASE SEE ATTACHED COMPLAINT

_____

_____

_____

_____

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

PLEASE SEE ATTACHED COMPLAINT

_____

_____

_____

_____

_____

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 12/12/23 | | |
|---|---|---|
| Dated | | Plaintiff's Signature |
| Braend | | Manuela |
| First Name | Middle Initial | Last Name |
| 1930 Hennessy Pl Fl 2 | | |
| Street Address | | |
| bronx, New York City | NY | 10453 |
| County, City | State | Zip Code |
| 917-499-0653 | | braendboa@gmail.com |
| Telephone Number | | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☑ Yes    ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

BRAEND MANUELA

       Plaintiff,

**v.**

TRANSUNION LLC

       Defendant.

## "SUMMARY OF CLAIMS"

I Plaintiff, Braend Manuela upon information and knowledge of facts, alleges for this Complaint as follows:

I. **BASIS FOR JURISDICTION**

1. This is an action brought by Braend Manuela Plaintiff against Defendant Transunion LLC also known as (Transunion) to enforce the provisions of Title 15 Chapter 41 Subchapter III Fair Credit Reporting Act 15 U.S.C. 1681, Subchapter V Fair Debt Collection Practices Act. 15 U.S.C. 1692 and Subchapter IV 15 U.S.C. 1691 Equal Credit Opportunity Act.

2. Plaintiff brings this action to seek damages resulting from defendant's actions in violating Plaintiff's rights under federal and state law. Plaintiff claims that the defendant Transunion LLC has violated the Fair Credit Reporting Act and other applicable

laws regarding credit reporting practices. Defendant negligently and willfully misrepresented and misreported information on plaintiff's credit report, resulting in harm to the plaintiff's credit worthiness, financial status, and other damages. Defendant has injured and caused damages to plaintiff by defaming plaintiff's character, invading plaintiff's privacy, failing to adopt reasonable procedures, causing plaintiff to be discriminated against as an applicant, causing plaintiff to feel discouraged from applying, causing plaintiff to be denied credit opportunities, while also furnishing false and deceptive forms 15 USC 1692j(a), using abusive practices 15 USC 1692(a), Obscene and Profane language 15 USC 1692d(2), and unfair practices 15 USC 1692(f) to carry out such conduct which has cause plaintiff mental anguish, anxiety, stress, instability, loss of his job and loss of intimacy.

3. Plaintiff alleges that Transunion LLC is reporting adverse information contained in a consumer file about plaintiff inaccurately and unfairly undermining the plaintiff's confidence in the banking system therefore discouraging plaintiff from obtaining goods and services under credit for personal, family and household purposes. 15 U.S.C. 1681(a)(l). Plaintiff alleges Transunion LLC has in fact assumed a vital role by assembling and evaluating information on consumers, therefore creating an obligation to the laws set forth by congress in the Fair Credit Reporting Act and Defendant has failed to comply with these laws and procedures put in place to ensure that Transunion LLC operates in a manner which is fair and equitable to the consumer.

4. Transunion LLC has a grave responsibility to be fair, impartial and respect the consumer's right to privacy. 15 U.S.C. 1681(a)(4). Plaintiff alleges that Transunion has failed to be fair, impartial, or equitable to the plaintiff. As it is a requirement for Transunion to adopt reasonable procedures they have completely failed to do so. Transunion has been reporting information known to be inaccurate. 15 U.S.C. 1681(b). Plaintiff alleges that the defendant

is reporting information which shall also be excluded from a consumer report under the exclusion section of the Fair Credit Reporting Act 15 U.S.C. 1681a(2)(A)(i). Plaintiff alleges that defendant has no permissible purpose to furnish the adverse information contained *in* the consumer report 15 U.S.C. 1681b(a)(2). Plaintiff alleges that defendant Transunion has failed to properly reinvestigate the disputed information being reported and has failed to provide the required information about their reinvestigation to the consumer 15 U.S.C. 1681i.

5.  In the case of a civil case in federal court against defendant Transunion, this **court** has jurisdiction over the subject matter of this action, based on federal laws **in** question pursuant to 15 U.S.C. §§ 1681, 1681n, 16810, 1681p, 1692k, and 15 U.S.C. 1691e. Venue is proper **since** a substantial **part of** the events occurred in the state of New **York** and county **of** New York.

## I.    STATEMENT OF CLAIM

1.  On or around December 7, 2020, Plaintiff reached out Transunion in writing via USPS Certified Mail # 9214 8901 4298 0460 3030 87 to dispute multiple inaccuracies plaintiff discovered after attempting to enter a consumer credit transaction by applying for an Apartment and being informed that plaintiff did not qualify because of his credit score and information obtained from defendant Transunion. Plaintiff noticed multiple inaccuracies being reported on a Consumer Report from Transunion, plaintiff noticed several inaccuracies including addresses plaintiff never lived at or received mail to 2726 19 Decatur av Bronx, NY 10458, 2726 19 Decatur av Bronx, NY 10458 and two unauthorized inquires: BRCLYSBNKDE and BRCLYSBNKDE. After putting Transunion on notice about the erroneous information that was being reported without plaintiff's consent, plaintiff

demanded an investigation and a copy of verifiable proof if the inaccurate information wasn't removed within 30 days. See Exhibit 1 Attached.

2.  On or around January 7, 2021, Transunion responded with an automated response claiming that the disputed information they were reporting was "verified as accurate" however Transunion failed to provide any proof of how they "Verified" the disputed information and when plaintiff called to demand that the inaccurate, incomplete and unverifiable information be removed plaintiff was informed by agents from Transunion that plaintiff must contact the Furnishers because only they can instruct defendant to remove inaccuracies.

3.  Feeling annoyed, distraught, angered and disregarded, plaintiff decided to contact Barclays Bank and inform them about the trouble plaintiff was facing with Transunion. After numerous phone calls leading plaintiff nowhere, plaintiff was finally able to get to a supervisor who informed him that there was never any application on file with the bank associated with plaintiff personal identifying information and they had no explanation as to why there were multiple unauthorized inquiries being reported on plaintiff's consumer file. Plaintiff was informed that an investigation would be done, and he would be notified in writing. About 20 days later or around January 27, 2021, Plaintiff received written notification from Barclays Bank that the decision was made to remove the unauthorized inquiry and to allow 30 days for the consumer file to reflect the removal. See Exhibit 2 Attached.

4.  I waited over 30 days for the unauthorized inquiries to be removed yet Transunion kept claiming that the unauthorized inquiries were "verified as accurate" After numerous phone calls to Transunion agents were rude, unfair. Impracticable, misleading, and discouraging making statements like "we need to follow our policy". This in turn made me feel insecure, insignificant, and unimportant regarding this issue. I then felt helpless because agents would place me on hold

for numerous hours, hang up without assisting me. After not being properly assisted over the phone I then mailed Transunion the letter I received from Barclays Bank as evidence that the information Transunion was reporting was in fact inaccurate, Transunion continuously ignored me and made false claims that the information was still "verified as accurate" and I must contact the Barclays Bank to remove it, even though I had already done so.

5.  On or around March 16, 2021, I contacted Barclays Bank again to inform them of Transunion's noncompliance and to seek further assistance in resolving the matter because at this point it had been over 45 days and the consumer file was not properly updated. I was informed that Barclays Bank had already informed Transunion to remove the inaccuracies, and there wasn't much that could be done other than Barclays Bank sending me another written letter as evidence that the unauthorized inquiries should in fact be removed.

6.  On or around April 06, 2021, I received a second letter from Barclays Bank stating that the unauthorized information would be removed. See Exhibit 3 Attached.

7.  On or around May 06, 2021, I contacted Transunion in writing via Certified Mail Tracking # 9214 8901 4298 0460 0794 70, Included In the written correspondence was an 'Affidavit of Truth' where I the Affiant affirmed the facts about Transunion's disregard for my rights and the Fair Credit Reporting Act. Transunion was informed about the fact that I was violated, injured, and abused due to their misconduct. Included in the written correspondence was also an 'Offer for Settlement' demanding that Transunion pay me in hopes of redressing my injuries. Attached to the correspondence was an invoice for $1,000 Dollars and both letters from Barclays Bank attached as Evidence. See Exhibit 4 Attached.

8.  After receiving no response and being unable to continue the extended wait for my consumer file to be corrected, I applied for an extension of credit on or around June 2, 2021, with Navy Federal

Credit Union. I was informed by Navy Federal Credit Union in writing that they were unable to approve me because of information obtained from Transunion. In their written letter Navy Federal stated that my credit application was denied because the information obtained from Transunion stated that I had "Too many inquiries". See Exhibit 5 Attached.

9.  After being denied my right to credit and being discriminated against because of the inaccurate, unverifiable, incomplete, and unfair information Transunion failed to correct. On or around July 24, 2021, I decided to apply for another extension of credit for personal, family and household purposes through Valley National Bank, where I was once again denied because of information obtained from Transunion. In the Adverse Action letter from Valley National Bank there were numerous unclear and vague reasons for the adverse action like "No comparable credit", "Too many Inquires" and more, I was treated unfavorably, due to the information obtained from Transunion. See Exhibit 6 Attached.

10. On or around August 09, 2021, I in desperate need for a vehicle for personal, family and household purposes applied for a third extension of credit at Land Rover White Plains where I was again denied this time by Chase Bank due to information obtained from Transunion where one of the reasons for the Adverse action taken was due to "too many inquiries". At this point I felt defeated, discouraged, broken and distraught, I couldn't understand how Transunion had assumed such a vital role in assembling consumer credit information and had a grave responsibility to respect my privacy, be fair, equitable and impartial in credit reporting, yet they willingly, knowingly and negligently disregarded the laws set forth by congress to ensure that I as a consumer would be able to operate in complete confidence, clean hands and good faith. See Exhibit 7 attached.

11. After feeling defeated my longtime girlfriend bought me a promise ring to lift my spirits and cheer me up. Since the ring was very expensive, I decided to do what any intelligent consumer would do

and applied for insurance to protect the valuable item. After applying for insurance with Jewelers Mutual Insurance Company I was notified in writing on or around October 26, 2021, that they were unable to approve my application for insurance because of information obtained from Transunion. The insurance company stated that one of the main reasons for the denial was because there were "too many inquiries reported by Transunion". At this point I began to feel like Transunion was intentionally harming me and wanted to destroy my life for no lawful reason. Too make matters worse I lost the ring because my mind was so scattered and occupied with the damages Transunion had caused me. This led to huge arguments with my partner, which caused instability, loss of intimacy and resulted in a separation from my partner. See exhibit 8 Attached.

12. I then contacted Transunion another three times about from January 2022 through May 2022 to get all the discovered inaccuracies corrected and I received no responses, and all my disputes were ignored and disregarded.

13. On or around June 2, 2022, I contacted Transunion in writing again upon discovering now even more inaccurate, unverifiable, and unrecognizable accounts: Navy Fed, Apple Card, Credit One, Mercedes-Benz, Card/Gs Bank and several more accounts. I informed Transunion about their abusive practices and continuous disregard for the law. I informed Transunion that they were in violation of 15 USC 1681(a)(3), by assuming a vital role, I informed Transunion about the negative impact they have caused in my life including mental anguish, severe hardship, and depression. I informed Transunion that they were infringing on my right to privacy 15 USC 1681(a)(4), I informed Transunion of my right to demand remedy both in writing and orally 15 USC 1681b(2). I informed Transunion of their failure to be fair, impartial, and equitable to me, with regards to the confidentiality, accuracy, relevancy, and proper utilization of such information in accordance with 15 USC 1681 (Reasonable Procedures). I informed Transunion that I never gave them any form

of written instruction to accept, furnish or report any information on my behalf. 15 USC 1681b(2). I informed Transunion about the fact that I had been very graceful in the past 24 months in attempting to resolve these matters, but I could no longer bear the burden and their harmful misconduct and because of their inaction and noncompliance I was demanding all negative accounts to be removed immediately. See Exhibit 9 attached.

14. After being disregarded by Transunion once again, On or around July 22, 2022, contacted Transunion in writing through the United States Postal Service Via Certified Mail Tracking # 7022 1670 0003 2086 8060. In the correspondence Titled 'Presentment by Affidavit for Consumer Private Right of Action' which was notarized by a notary. In the Correspondence to Transunion I, the consumer invoked the Fair Debt Collection Practices Act and Demanded Transunion to cease reporting the numerous inaccurate, incomplete and unverifiable accounts listed as: Mercedes-Benz Account: 500200xxxxx, Navy Federal Credit Account: 0xxxx, affirm inc Account: D8HPxxx, Affirm Inc Account: 7NXT6XXX, Apple Bank Account: 110001xxxxx and numerous more unauthorized and unrecognized accounts. I demanded Transunion to delete all these inaccuracies, to cease reporting these unauthorized accounts and to provide me with all information on file used to "Verify" these unrecognized accounts. Transunion failed to comply with any demands or responded in accordance with the law. See Exhibit 10.

15. On or around August 9, 2022, I sent Transunion another notarized correspondence titled 'Affidavit Notice of Fault, Right to Cure' via Certified Mail Tracking # 7022 1670 0003 2086 7605. In the notarized Affidavit I informed Transunion about their default and Opportunity to Cure, I once again informed Transunion about their violation of the Fair Debt Collection Practices Act including but not limited to 15 USC 1692j – furnishing false and deceptive forms to create the false belief in a consumer that he owes a debt not actually owed, 15 USC 1692j(a) – for compiling

and furnishing forms knowing that such forms would be used to create the false belief that a person other than the creditor of such consumer is participating the collection of or an attempt to collect a debt such consumer allegedly owes, when in fact such person is not participating. I informed Transunion of their liability under 1692k. I informed them of their violation of Fair Credit Reporting Act 1681g, section 611 (a)(5(A)(i), and 15 USC 1681i. See Exhibit 11 Attached.

16. After again being neglected and disregarded by Transunion I then spent several months in severe depression. I fell into a dark abyss and was unable to function properly on my day-to-day activities. I felt ostracized from society, my social circle, my friends, and family because of Transunion to the point that I had lost my job because I became unreliable. My mental state was chaotic, and I felt hopeless. Feeling defeated and financially depleted, I found hope in reaching out to credit counselors for consultation's about how to redress my injuries. I took the small amount of hard-earned dollars I had saved to invest in numerous courses and to purchase books, supplies and materials just to continue my pursuit of life, liberty, and justice.

17. On or around January 25, 2023, I once again contacted Transunion in writing through the United States Postal Services via Certified Mail Tracking #: 7022 2410 0003 0952 8159. In the correspondence titled 'Notice of Method of Verification', I again Demanded that Transunion provided me with their Method of Verification in accordance with 15 USC 1681i(6)(B)(iii). Transunion was notified about 8 unauthorized account that were still being reported, Transunion was asked about their procedures, I asked specific questions about their Verification process and several questions that were never addressed. See Exhibit 12 attached.

18. On or around January 30, 2023, Plaintiff submitted a Complaint to the Consumer Financial Protection Bureau complaint #: 230130-10258170. In the complaint plaintiff informed the governing agency about Transunion's misconduct and prior correspondences. In the complaint

plaintiff informed the CFPB about the numerous inaccuracies' defendant had failed to properly investigate, address, and remove. In the complaint plaintiff listed at least eight (8) accounts that were being reported inaccurately. in the written communication that the accounts were unrecognizable, incorrect, inaccurate and did not belong to Plaintiff, listed as: Mercedes-Benz Account: 500200xxxxx, Navy Federal Credit Account: 0xxxx, Affirm inc Account: D8HPxxx, Affirm Inc Account: 7NXT6XXX, Apple Bank Account: 110001xxxxx and numerous more unauthorized and unrecognized accounts including at least twelve (12) unauthorized inquiries. Transunion responded to CFPB on March 14, 2023, openly admitting that their investigation procedure is done only by communicating with the data furnisher to verify the accuracy of the information being disputed. Which clearly is not in accordance with the FCRA 15 USC 1681(a)(4) because it isn't fair, nor impartial, or equitable to the consumer 15 USC 1681(b) and 15 USC 1681a(e) as congress clearly states the term investigative consumer report means information on a consumer's character, general reputation, personal characteristics, or mode of living is obtained through personal interviews with neighbors, friends, however such information shall not include specific factual information on a consumer's credit record obtained directly from a creditor of the consumer. See Exhibit 13 attached.

19. On or around March 10, 2023, after using every possible avenue to get Transunion to correct these matters I contacted the Federal Trade Commission and filed an Identity Theft Report FTC report number: 157436366. After filing the FTC report I contacted Transunion by phone and was told that I must submit the report to them so they can once again decide whether or not they will remove the inaccurate, unverifiable, incomplete and unrecognizable information being reported without my consent. I immediately sent them the FTC report via Fax and waited for over 5 days and still none of the inaccuracies were blocked or removed. At this point Transunion was in violation of 15

USC 1681c-2(a) because they failed to block the unauthorized information in the required timeframe, which is 4 business days.

20. After Transunion ignored my faxed FTC report, six days later, On or around March 16, 2023, I sent Transunion another written correspondence through the United States Postal Services via Certified Mail Tracking #: 7022 2410 0003 0953 5010 titled 'Notice of Block of Information', where I again informed Transunion about the filed FTC report and gave them written instructions about the unauthorized accounts that I demanded to be blocked. In the correspondence I included the FTC report that was filed March 10, 2023. Transunion again ignored the correspondence and the FTC report. See Exhibit 14 attached.

21. On or around April 27, 2023, Plaintiff filed two Consumer Financial Protection Bureau Complaints against Defendant Transunion Complaint # 230427-10961445 and 230427-10961915. See Exhibit 15 attached.

22. Plaintiff was again ignored and on May 05, 2023, plaintiff contacted the Better Business Bureau and Filed a complaint #: 20008289 where a complaint was filed against Transunion for their misconduct. See Exhibit 16 attached.

23. On or around November 7, 2023, Plaintiff contacted Transunion in writing via Certified Mail in a letter titled 'Notice of Dispute and Intent to Sue', where plaintiff notified Defendant about his dispute and intent to sue if defendant failed to comply. Plaintiff sent defendant a Transunion consumer report dated November 7, 2023, where all the inaccurate, incomplete, and unverifiable information was highlighted for defendant to remove, including an invoice of $10,000 to settle the matter out of court. Defendant failed to fulfill the settlement offer or follow the written instruction plaintiff provided. See Exhibit 17 Attached.

I.      **PRAYER FOR RELIEF**

"WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant the following Prayer For relief:

**The total of $53,000 and a removal of all negative information currently reporting;**

1. Compensatory damages in an amount of $26,000 by the Court for Defendant's violations of Plaintiff's rights under Federal and State Law, including but not limited to: defamation of character, invasion of privacy, damage resulting from Defendant's use of obscene and profane language, damage resulting from Defendant furnishing false and deceptive forms, mental anguish, emotional distress, compensation for the loss of companionship, loss of intimacy, Discouragement and pain and suffering;

2. Actual damages in an amount of $17,000 by the Court for out-of-pocket expenses incurred by Plaintiff as a result of Defendant's wrongdoing, including but not limited to: postage fees, notary fees, phone calls, Gas fees, supplies and complaints filed with governing agencies, hours spent attempting to resolve the matter, credit counseling, courses;

3. Punitive damages in an amount of $10,000 by the Court as punishment for Defendant's negligent conduct, and to deter future wrongdoing, based on Transunion's history of misconduct and documented evidence of willful non-compliance in resolving matters according to the law;

4. Pre- and post-judgment interest, as allowed by law;

5. Attorneys' fees and costs incurred by Plaintiff in bringing and prosecuting this action;

6. Such other and further relief as the Court deems just and proper.

7. Correction of all inaccurate, unverifiable, incomplete, unauthorized information.


## V. PLAINTIFF'S CERTIFICATION AND WARNINGS


By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Braend Manuela

Braend Manuela

Address: 1930 Hennessy pl

Bronx, NY 10453

Email: braendboa@gmail.com

Contact Number: 917-499-0653

Dated: Dec 13, 2023

Exhibit 1

Braend Manuela
1930 Hennessy place 2fl
bronx ny 10453
braendlee@icloud.com

000448053G000021
Transunion
PO Box 2000
Chester PA 09016
USA

**USPS CERTIFIED MAIL**

9214 8901 4298 0460 3030 87

Braend Manuela
1930 Hennessy Place floor 2
bronx, New York 10453
Telephone:
Date of Birth
SS#: 2144

TransUnion LLC Consumer Dispute Center
PO Box 2000
Chester, PA 19016

12/07/2020

Re: This is not a regular dispute. Take action immediately you are in violation.

To whom it may concern, I am deeply upset about the erroneous things I see on my credit report. These accounts are unverifiable, invalid, inaccurate and questionable. If everything is not reporting 100% accurately it must be removed. I hope you find out whats going on and to who the inaccurate information belongs to. Can you all clear this up quick. It is my understanding that you will do an investigation. Immediately. A new credit report that reflects the updated changes should be sent. **You must complete this investigation within 30 days of receipt of this letter**. According to the law unverifiable inaccurate accounts must be removed and if you are unable to provide me with a copy of verifiable proof within 15 days after you investigate, you must remove the accounts and the information listed below.

1. The following personal information is incorrect

    Account Number:
    Current Address(es): 2726 19 DECATUR AV BRONX, NY 10458

2. The inquiry was not authorized
    BRCLYSBANKDE
    Date of inquiry: 10/05/2020
    Please remove this inaccurate information from my credit report.

3. The inquiry was not authorized
    BRCLYSBANKDE
    Date of inquiry: 05/21/2020
    Please remove this inaccurate information from my credit report.

4. The following personal information is incorrect
    Account Number:
    Current Address(es): 2726 19 DECATUR AV BRONX, NY 10458

Thank You

Sincerely yours,

Braend Manuela

Exhibit 2

 **BARCLAYS**

P.O. Box 8803, Wilmington, DE 19899

January 27, 2021

Braend L Manuela
1930 Hennessy Pl Apt 2
Bronx, NY 10453

Re: Dispute for inquiry dated October 2020

Dear Braend L Manuela,

We recently received your dispute about the inquiry shown on your credit report. We have completed our investigation and made the decision to remove the inquiry.

Please allow up to 30 days for this change to be reflected on your credit report.

If you have any additional questions about your credit bureau dispute, please write to us at P.O. Box 8803, Wilmington, DE 19899.

Sincerely,

Credit Bureau Disputes Team
Barclays

(Exhibit 3



**BARCLAYS**

P.O. Box 8803, Wilmington, DE 19899

April 06, 2021

Braend Manuela
1930 Hennessy Pl Apt 2
Bronx, NY 10453

Re: Dispute for inquiry dated October 2020

Dear Braend Manuela,

We recently received your dispute about the inquiry shown on your credit report. We have completed our investigation and made the decision to remove the inquiry.

Please allow up to 30 days for this change to be reflected on your credit report.

If you have any additional questions about your credit bureau dispute, please write to us at P.O. Box 8803, Wilmington, DE 19899.

Sincerely,

Credit Bureau Disputes Team
Barclays




**UNITED STATES**
**POSTAL SERVICE**

May 6, 2021

Dear Letter Stream:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 4298 0460 0794 70**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | May 1, 2021, 4:33 pm |
| **Location:** | CHESTER, PA 19013 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Transunion |

## Shipment Details

| | |
|---|---|
| **Weight:** | 0.8oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | Delivery Section |
| Address of Recipient: | Transunion |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Braend Manuela
1930 Hennessy Pl Floor 2
bronx NY 10453
braendlee@icloud.com

0003727321000011
Transunion
PO Box 2000
Chester PA 09016
USA

Affidavit of Truth

Notice to all, I, am that I am, the consumer in fact, natural person, original creditor, lender, executor, administrator, holder for any and all devices thereof of the surname/given name Braend Manuela, and I have been appointed and accept being the executor both public and private for all matters proceeding, and I hereby claim that I will d/b/a Braend, Manuela and autograph as the agent, attorney in fact, so be it;

Whereas, I of age, of majority, give this herein notice to all, I make solemn oath to the one and only most high of creation only, whoever that may be, and I depose of the following facts, so be it, now present:

Fact, The Fair Credit Reporting Act is intended to ensure Fair and Accurate reporting.

Fact, The Fair Credit Reporting Act is intended to protect consumers against unfair and inaccurate reporting by the consumer reporting agencies and creditors and I have been abused and deceived so be it.

Fact, Affiant was aware and has proof in attachment labeled as exhibit A and exhibit B that Transunion is in violation of Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq., for unlawfully reporting inaccurate information on my TransUnion consumer report on from an Inquiry dated October,2020 without my authorization or a permissible purpose under the FCRA provides. "A person shall not use or obtain a consumer report for any purpose unless ---(1) the consumer report is obtained for a purpose for which the consumer report is authorized to be furnished under this section; and (2) the purpose is certified in accordance with section 1681e of this title by a prospective user user of the report through a general or specific certification." 15 U.S.C. § 1681b(f). Chester v. Purvis, 260 F. Supp 2d 711 (S.D. Ind. 2003).

Fact, I have not initiated any transaction with Barclays Bank. Further, I do not have an "account" as defined under 15 U.S.C. 1693a(2) with Barclays Bank for review or collection.
Furthermore, under the FCRA, "Any person who knowingly and willfully obtains information on a consumer from a consumer reporting agency under false pretenses shall be fined under title 18, imprisoned for not more than 2 years, or both," 15 U.S.C. §1681n(a).

**Fact, I have submitted multiple disputes via certified mail #921489014298046007947O and Transunion has failed on multiple occasions to remove the inaccurate information therefore they are in violation of 15 U.S. Code 1681n(a) any**

person who willfully fails to comply with any requirement imposed under this subchapter with respect to any consumer is liable to that consumer in an amount equal to the sum of

1.  (A) Any actual damages sustained by the consumer as a result of the failure or damages of not less than $100 and not mor than $1,000;

Transunion

PO Box 2000

Chester, PA 09016

5/11/21

   For the sake of judicial economy. I am willing to settle this matter without any admitted liability. I offer full and final settlement of this issue if you comply with the following demands upon you: (1) cease and desist obtaining copies of my consumer report from the consumer agencies and (2) pay me $1,000 and deliver it to my address above within 14 days of receiving this demand.
Please be advised that I am prepared to litigate this matter if you do not comply with these demands. Upon timely receipt of $1,000 payment. This letter shall be a general release of all claims herein.
Sincerely,

Braend Manuela

Social Security Number- ***-**-████

Date of Birth: ████████

 **BARCLAYS**

P.O. Box 8803, Wilmington, DE 19899

January 27, 2021

Braend L Manuela
1930 Hennessy Pl Apt 2
Bronx, NY 10453

Re: Dispute for inquiry dated October 2020

Dear Braend L Manuela,

We recently received your dispute about the inquiry shown on your credit report. We have completed our investigation and made the decision to remove the inquiry.

Please allow up to 30 days for this change to be reflected on your credit report.

If you have any additional questions about your credit bureau dispute, please write to us at P.O. Box 8803, Wilmington, DE 19899.

Sincerely,

Credit Bureau Disputes Team
Barclays


**BARCLAYS**

P.O. Box 8803, Wilmington, DE 19899

April 06, 2021

Braend Manuela
1930 Hennessy Pl Apt 2
Bronx, NY 10453

Re: Dispute for inquiry dated October 2020

Dear Braend Manuela,

We recently received your dispute about the inquiry shown on your credit report. We have completed our investigation and made the decision to remove the inquiry.

Please allow up to 30 days for this change to be reflected on your credit report.

If you have any additional questions about your credit bureau dispute, please write to us at P.O. Box 8803, Wilmington, DE 19899.

Sincerely,

Credit Bureau Disputes Team
Barclays

**Braend Manuela**

# INVOICE

### # 1091

Bil to:

| | |
|---|---|
| Date: | May 11, 2021 |

**Transunion**
PO Box 2000, Chester, PA 09016

| | |
|---|---|
| Payment Terms: | Pay by check |
| Due Date: | May 11, 2021 |
| **Balance Due:** | **$1,000.00** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| 1 Violation of the FCRA 15 U.S. Code 1681n(a | 1 | $1,000.00 | $1,000.00 |

| | |
|---|---|
| Total: | $1,000.00 |





**NAVY FEDERAL Credit Union®**

## STATEMENT OF CREDIT DENIAL, TERMINATION OR CHANGE

Date: June 2, 2021
App. ID. 20211500341510

MR. BRAEND MANUELA
1930 HENNESSY PL
2ND FLOOR
BRONX, NY 10453

RE: LATE MODEL USED

Thank you for the recent request for credit. After careful review and consideration we are unable to approve your request for the following reasons:

NUMBER OF INQUIRIES ON CREDIT BUREAU REPORT
BANKCARD CREDIT ACCOUNT UTILIZATION OVER THE LAST 12 MONTHS
LENGTH OF NAVY FCU MEMBERSHIP
NO AUTO LOAN ACCOUNTS REPORTED

Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

TRANS UNION          Toll free: (800) 888-4213
P.O. BOX 1000        Overseas:  (800) 888-4213
CHESTER, PA 19022    Website:   WWW.TRANSUNION.COM

We also obtained your credit score from this consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes.

Your credit score: 793
Date              : 05/30/21
Scores range from a low of 336 to a high of 843
Key factors that adversely affected your credit score:

005-TOO MANY ACCOUNTS WITH BALANCES
008-TOO MANY INQUIRIES LAST 12 MONTHS
014-LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED
028-NUMBER OF ESTABLISHED ACCOUNTS

NUMBER OF RECENT INQUIRIES ON CONSUMER REPORT

If you have any questions regarding your credit score, you should contact TRANS UNION at their address and telephone number above.

PO Box 3000  Merrifield VA  22119-3000

If you have any questions regarding this notice, you should contact:

Navy Federal Credit Union
Lending Committee
P.O. Box 3000
Merrifield, VA 22119-3000
1-888-842-6328

Notice: The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is:

Bureau of Consumer Financial Protection,
1700 G Street NW., Washington DC 20006.



VALLEY NATIONAL BANK                    APP ID:2499859
CONSUMER LOAN CENTER
1445 Valley Road, Wayne, New Jersey 07470
(973) 305-8800

**7/24/2021**                    NOTICE OF ACTION TAKEN

Mr BRAEND MANUELA
1930 HENNESSY PL
BRONX, NY 10453

Thank you for your recent credit application for you from New Rochelle Chevrolet. After careful consideration, we regret that we are unable to approve your application for the following reasons:
NO COMPARABLE CREDIT FOR THE REQUESTED LOAN TYPE (BRAEND MANUELA)
INSUFFICIENT DOWN PAYMENT (BRAEND MANUELA)

Our credit decision was based in whole or in part on information contained in a report from the consumer reporting agency named below. The agency played no part in our decision to take the adverse action and is unable to provide you with the specific reasons why the adverse action was taken. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. You also have a right to obtain a free copy of the consumer report by making a written request to the agency within 60 days of receipt of this letter.

Trans Union 2 Baldwin Place PO Box 1000 Crum Lynne, PA 19022-0000 1-800-888-4213

We also obtained your credit score from Trans Union and used it in making our credit decision. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes.

Your credit score 707    Date: 07/24/2021    Scores range from a low of 253 to a high of 893.
The key factors that adversely affected your credit score:
Length of time accounts have been established
Time since most recent account opening is too short
Proportion of loan balances to loan amounts is too high
Too many accounts with balances
Inquiries did impact the credit score and, for models that indicate it, no derogatory info was found in the file

If you have any questions regarding your credit score, you should contact Trans Union at

Address:    **2 Baldwin Place**
            **PO Box 1000**
            **Crum Lynne, PA 19022**        Toll-Free Telephone number: **1-800-888-4213**

You may dispute with the agency the accuracy or completeness of the information in the consumer report furnished by the consumer reporting agency.

VALLEY NATIONAL BANK
Consumer Loan Department
(800) 862-5626

NOTICE:   The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith excercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is The Bureau of Consumer Financial Protection, 1700 G Street NW, Washington, DC 20006.
Rev. 6/4/18

Exhibit H

# CHASE ◯

JPMorgan Chase Bank, N.A.
1111 Polaris Parkway
Columbus, Ohio 43240

13199 ACP 001 001 22121 NNNNNNNNNNNN AA 109
**BRAEND L MANUELA**
1930 HENNESSY PL
BRONX NY 10453

August 09, 2021

**Dealer:**      LAND ROVER WHITE PLAINS

## Update:      We're unable to approve your credit application for a vehicle

Dear Applicant:

Thank you for your recent credit application for a vehicle with us. We regret that we are unable to offer you credit on the terms that you requested for the following reason(s):

- LIMITED CREDIT FILE AND/OR INSUFFICIENT INSTALLMENT CREDIT HISTORY
- INSUFFICIENT DOWN PAYMENT OR NEGATIVE EQUITY

However, we can offer you credit on the following terms:
    Amount: $55,000.00
    Terms:   72

If this offer is acceptable, please contact your dealer of initiation LAND ROVER WHITE PLAINS. This offer extends for 10 days from the date of this notice.

**Your Right to Get Your Credit Report**
Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you.

Under the Fair Credit Reporting Act, you also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report your receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

TRANS UNION
PO BOX 1000
CHESTER PA 19016
1-800-888-4213

Sincerely,

Chase Auto

Enclosure

### Important Information About Your Credit Score

We also obtained your credit score from the consumer reporting agency listed on the first page of this letter and used it in making our credit decision. Your credit score is a number that reflects information in your consumer report, such as whether you pay your bills on time and how much you owe creditors. Your credit score can change, depending on how the information in your consumer report changes.

Date calculated: 07/29/2021

Your Credit Score: 757

Scores calculated using this source can range from a low of 250 to a high of 900.

Here are the key factors that adversely affected your credit score:

- Length of time accounts have been established.
- Ratio of balances to limits on bankcards or revolving accounts too high
- Proportion of loan balances to loan amounts is too high
- Too many inquiries last 12 months.

EQUAL CREDIT OPPORTUNITY ACT NOTICE The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection, 1700 G Street NW, Washington, DC 20006.





JM Insurance Group
P.O. Box 3601
Neenah, Wisconsin 54957-3601 USA

IMPORTANT: Insurance information. Open immediately.

BRAEND MANUELA
1930 HENNESSY PL
BRONX NY  10453-2910

EST 1913

# Jewelers Mutual®

G R O U P

October 26, 2021

24 Jewelers Park Drive P.O. Box 3601
Neenah, Wisconsin 54957-3601 USA
888-884-2424 ▪ JewelersMutual.com

BRAEND MANUELA
1930 HENNESSY PL
BRONX NY  10453-2910

Re: Account Number 3001585242

Thank you for your interest in insuring your jewelry with Jewelers Mutual Insurance Company, SI (a stock insurer), a member of the Jewelers Mutual Group. As part of our underwriting process, we review the information provided on the application and within consumer reports from third party providers.

Some examples of this information are:

- the nature and value of the jewelry item(s)
- how frequently those item(s) are worn
- where the item(s) are stored when not being worn
- the individual(s) who may have access to those items

We also use a credit-based insurance score which helps determine the level of risk associated with applications.

Unfortunately, based on your application, we are unable to provide you with a jewelry insurance policy because of the following:

- nature or type of jewelry items you are intending to insure
- your credit-based insurance score
- the high value of the jewelry and the increased risk associated with it

The credit-based insurance score that helped determine our decision was provided by the following consumer reporting agency:

TransUnion LLC
Consumer Disclosure Center
#2 Baldwin Place
P.O. Box 1000
Chester, PA  19016
Phone: 1-800-888-4213
www.transunion.com

If a policy is issued, your policy will be with a member insurer of the Jewelers Mutual Group and you will be a member of the insurer's parent company, Jewelers Mutual Holding Company.

Page 1 of 4

You have a right, under the consumer reporting act, to know the information contained in your credit file at the Consumer Reporting Agency. The agency played no part in our decision and is unable to supply specific reasons why we have denied coverage to you. You are entitled to receive a free copy of your consumer report within 60 days after receipt of this letter from the consumer reporting agency listed above. In addition, you have the right to dispute any errors in the credit report by notifying the credit reporting agency of the information you believe is incorrect and by providing documentation that supports your position.

The following is a summary of the principal influences that affected your insurance score:

- 104 – You have 2 or more credit inquiries in the last 2 years which has an unfavorable impact to your score. It's preferred to have 0-1 inquiries in the last 2 years.
- 120 – The average age of your tradelines is less than or equal to 3 years. This has an unfavorable impact to your score.
- 144 – You have opened 4 to 8 tradelines in the last year. This has an unfavorable impact to your score.
- 152 – You have a revolving balance due between 46 and 55% of the available balances. This has an unfavorable impact to your score.

If you have any questions, please contact us.

Sincerely,


Personal Lines Department
Jewelers Mutual Group

If a policy is issued, your policy will be with a member insurer of the Jewelers Mutual Group and you will be a member of the insurer's parent company, Jewelers Mutual Holding Company.

Page 4 of 4



DocuSign Envelope ID: 6E8C9D4A-AE2F-49D0-90C8-6776FCd8DFA5

TransUnion
PO Box 2000
Chester, PA 19016

June 2, 2022

**3rd Request**                           **YOU ARE IN VIOLATION OF MY CONSUMER RIGHTS!!!**

**WARNING TO REMOVE INCORRECT ITEMS FROM MY CREDIT REPORT DUE TO IMPROPER INVESTIGATION**

My name is Braend Lee Manuela the natural living man. Executor, trustee beneficiary and legal copyright owner of the said name BRAEND LEE MANUELA and all other variations of such name/entity. I have sent all the necessary documents proving my sole ownership. I also received confirmation from USPS stating TRANSUNION has received my documents. It has come to my attention that your response is based on an automated system which is in fact a violation to me as an informed consumer. Consumer reporting agencies have assumed the role of reporting my personal, vital information and reporting credit according to 15 USC 1681 (a)(3). You have negatively affected my life and caused me mental anguish, severe hardship and depression. You have infringed on my rights to privacy according to 15 USC 1681 (a)(4). Also, according to congressional findings Pursuant to 15 USC 1681b (2) a consumer has the right to  DEMAND remedy by means of written or oral communication.

As TRANSUNION would know, there is a need to ensure that consumer reporting agencies exercise their grave responsibilities with fairness, impartiality, and a respect for the consumer's right to privacy.

TRANSUNION has not been exercising the grave responsibilities that it took upon itself, nor performing reasonable procedures for meeting the needs of commerce for consumer credit, personnel, insurance and other information in a manner which is fair and equitable to BRAEND LEE MANUELA with regards to the confidentiality, accuracy, relevancy and proper utilization of such information in accordance with the requirements of 15 US Code 1681 (Reasonable Procedures).

I have remained very humble throughout these past twenty-four (24) months despite all the stress, abuse and harm that TRANSUNION continues to cause me. I have had enough of all the abuse and unfair practices from TRANSUNION. Pursuant to 15 USC 1681b (2) I did not give TRANSUNION any form of written instructions to accept, furnish or report any information on my behalf. By the powers vested in me by the one TRUE living GOD, I hereby DEMAND that all negative accounts, late payments, inquiries, delinquencies and charge-offs that were not authorized or verified by BRAEND LEE MANUELA

or Braend Lee Manuela in written format to be updated IMMEDIATLEY according to the instructions below.

**INSTRUCTIONS:**

| **Accounts** | **Update** |
|---|---|
| **NAVY FED** | This is NOT my account – DELETE |
| **APPLE CARD - GS BANK** | This is NOT my account – DELETE |
| **CREDIT ONE BANK** | This is NOT my account – DELETE |
| **MERCEDES-BENZ FINANC** | This is NOT my account – DELETE |
| **CARD/GS BANK USA** | This is NOT my account – DELETE |
| **AFFIRM INC** | This is NOT my account – DELETE |
| **FEDERAL CR UNION** | This is NOT my account – DELETE |

DocuSigned by:

A10971D8DC454C0...

Braend Lee Manuela

DOB: 04/26/1995
SSN: 2144
1930 Hennessy Pl. Apt. 2, Bronx, NY 10453



Exhibit 10

**US Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Chester, PA 19016

**OFFICIAL USE**

| Certified Mail Fee | $4.00 | $3.25 | 0104 |
| | | | 07 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | |
| ☐ Return Receipt (electronic) | $ | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | Here |
| ☐ Adult Signature Required | $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | | |
| Postage | $0.84 | | 07/28/2022 |
| Total Postage and Fees | $8.09 | | |

Sent To  Transvision Che___

Street and Apt. No., or PO Box No.  Po Box 2000

City, State, ZIP+4®  Chester PA 19016

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Affidavit;

# Notice one; Presentment by Affidavit of Status for
# Consumer Private Right of Action; Notice and Preemption Claim

1 July 22, 2022
2 Braend Manuela
3 1930 Hennessy Pl Bronx, NY, 10453
4 SSN: 091-█
5 Date Born █
6 TRANSUNION, LLC
7 POST OFFICE BOX 2000
8 CHESTER, PENNSYLVANIA
9 19016

10 Notice:
11 To Whom It May Concern: I am writing to update and correct the personal information listed on file
12 with your company. I have discovered multiple errors and incongruencies after review of the consumer
13 credit report:

14 Notice and demand for the update for the mail location pursuant to 15 USC 1692a(7) now must be
15 lawfully recognized as the location information/mail location/ Place of abode:

16 1930 Hennessy Pl Bronx, NY, 10453

17 Notice and demand for the update, for the name on file as I must be referred to as the Chief Executive
18 Officer for the office of my legal name BRAEND MANUELA, pursuant Title 15 USC 1692c(d).
19 I the consumer am defined as the Executor, Administrator, etc. for communication against all alleged
20 debt obligations, and this is my herein administrative process by way of I the Chief Executive Officer
21 for BRAEND MANUELA, so be it, and:

22 Notice and demand for the update of birth record, the correct date of birth shall be: April 26, 1995:

23 Notice and demand that the following account(s) need to be removed immediately:

24 MERCEDES BENZ FINANCIAL: all companies are debtors (herein debtor corporation):

25 Account Number: 500200XXXXXXX (I purge myself of any and all accounts associated):

26

27 NAVY FEDERAL CREDIT UNION: all companies are debtors (herein debtor corporation):

28 Account Number: 0XXXX (I purge myself of any and all accounts associated);

# Affidavit;
## Notice one; Presentment by Affidavit of Status for Consumer Private Right of Action; Notice and Preemption Claim

29 AFFIRM INC: all companies are debtors (herein debtor corporation);

30 Account Number: D8HP05XX (I purge myself of any and all accounts associated);

31 AFFIRM INC: all companies are debtors (herein debtor corporation);

32 Account Number: 7NXT6PXX (I purge myself of any and all accounts associated);

33 APPLE CARD/GS BANK USA: all companies are debtors (herein debtor corporation);

34 Account Number: 110001XXXXXXXXXX (I purge myself of any and all accounts associated);

35 CREDIT ONE BANK NA: all companies are debtors (herein debtor corporation);

36 Account Number: 379363XXXXXXXXX (I purge myself of any and all accounts associated);

37 NAVY FEDERAL CR UNION: all companies are debtors (herein debtor corporation);

38 Account Number: XXXX (I purge myself of any and all accounts associated);

39 Notice and demand by and for the intent of I the consumer:

40    Notice, I demand the direct verification, and validation all data for these accounts, every
41 notation, date and balance, whether reported or not.
42 I demand to be provided proof as per Public Law No.91-508 (FCRA sec 605, 609, and 623).
43 Please verify and validate all information for this account, every notation, date and balance, whether
44 reported or not. Additionally, this is a collection account and the collector need to prove that this debt
45 can survive collection, that they own this debt, and the extent to which they can collect this debt. I do
46 not recognize the charges on the account nor the account itself, it does not belong to me, I purge
47 myself and my person(s) from any and all assigns for accounts listed herein, so be it, and;

48 Notice, I do not wish to have any telephone numbers on my report. If A-N-Y, please delete now or
49 produce P-R-O-O-F of your legitimate delegated authority to retain or report and or furnish without
50 infringing upon my consumer rights;

51 Notice and demand for the removal of all the other addresses and/or mail locations off the credit
52 report, as they are not deliverable to me by the U.S. Post Office, and they are not reportable as per the
53 FCRA. The mail locations listed as addresses are inaccurate, any other personal information contained
54 in my credit file is inaccurate and needs to be removed within 15 days of receiving this letter;

55 Notice and demand I order the assurance that you TRANSUNION only retain
56 C-U-R-R-E-N-T, C-O-M-P-L-E-T-E, AND T-R-U-E information in my credit file. Per FCRA
57 regulations A-N-Y and A-L-L other information I D-E-M-A-N-D as my lawful rights to be annulled.
58 I do not authorize you TRANSUNION to misreport any information now or E-V-ER; Immediately
59 review to proper ensure your adequate and in full accordance to the laws which governs your practice
60 or reporting consumer credit files; Notice, produce in writing what information you TRANSUNION
61 refuse to remove and why;

Affidavit;

## Notice one; Presentment by Affidavit of Status for
## Consumer Private Right of Action; Notice and Preemption Claim

62 Notice, produce in writing what you TRANSUNION did to determine that the
63 information was accurate;

64 Notice update the information As disputed B-Y the C-O-N-S-U-M-E-R on my credit report;

65 Notice, provide your full name, your complete address including city and state, your home and cell
66 numbers and your social security number; These details are required for the purpose of all violations of
67 law; all violations of rights; and all injury suffered as the result of your act, actions; I will hold you, the
68 living agent personally liable if any of the above should occur; This is my non-failure to state a claim
69 for which relief can be granted; I furthermore declare that the consumer and
70 I am a consumer am protected pursuant to Title
71 15 USC 1692k I will further list and notice you TRANSUNION of my
72 assessment damages and fines, so be it, and;
73 Notice, will you TRANSUNION provide (via U.S.P.S. mail to proper
74commercial-free mailing location "without the U.S.") written authenticated proof of authority sworn
75 under penalties of perjury upon your commercial liability insurance?

76 Notice, provide (via U.S.P.S. mail to proper commercial-free mailing location "without the U.S."
77 written authenticated proof of claim sworn under penalties of perjury upon your commercial liability
78 insurance?

79 Notice, Under the Fair Credit Reporting Act, and pursuant to per Public Law No. 91-508 (15 U.S.C. §
80 1681g), I am expressing my right to demand that you TRANSUNION disclose
81 to me any and all of the documents that you TRANSUNION have recorded and
82 retained in your file at the time of this request concerning the accounts that you
83 TRANSUNION are reporting in my credit report.;

84 NOTE: Please don't respond to my request by saying that these accounts have been verified because
85 I have never been sent proof of such; Instead, send me copies of the documents that you
86 TRANSUNION have in your files that were used to verify them.

87 Notice, if you TRANSUNION do not have any documentation in your files to
88 verify the accuracy of these disputed accounts then permanently delete them immediately as required
89 under Section 611(a)(5)(A)(i). By publishing these inaccurate and unverified items on my credit report
90 and distributing them to 3rd parties you TRANSUNION are damaging my reputation and credit
worthiness,
91 and I will seek damages if they are not removed and you TRANSUNION are unable to provide the
necessary documentation.

92 Notice, according to the Fair Credit Reporting Act, Section 609 (a)(1)(A), you TRANSUNION
are required by federal law to verify.

93 Notice, it is my right that under the FCRA 15 U.S.C. § 1681i, all unverified accounts must be
promptly deleted.

94 Notice, send an updated copy of my credit report to the above mail location. According to the act,
95 there shall be no charge for this updated report; I also request that you TRANSUNION
96 please send notices of corrections to anyone who received my credit report in the past six months;
97 Notice, thank you TRANSUNION in advance for the help and assistance for
98 this matter proceeding, notice that you TRANSUNION must investigate as the

Affidavit;

# Notice one; Presentment by Affidavit of Status for
# Consumer Private Right of Action; Notice and Preemption Claim

99 FCRA so states to investigate friends, family, neighbors, etc., for the direct verification of debt, so be it,

100 Notice, pursuant to 28 USC 1746(1) and executed "without the United States," I affirm under
101 penalty of perjury under the laws of the United States of America that the foregoing is true and
102 correct, to the best of my belief and informed knowledge. Further This Affiant Saith Not;

103 Notice an unlawful rebuttal to this affidavit will be evidence of a tacit acquiescent agreement with
104 and by all parties listed herein for the benefit of the original creditor by way of hand now here to
105 settle all matters and actions of construction nunc pro tunc, closed account, closed check, closed
106 matter for proceeding, dated: _ _ _ _ _ _ _ _ _ _ _ _ ;
107 Closed, herein for the full settlement of account, for the full satisfaction of claim herein by I the
108 original creditor, verified Authorized Representative by counter-claim for BRAEND MANUELA, so
109 be it, and:

110 Notice, UCC 1-308, UCC 1-204, All Rights Reserved Without Prejudice, At Arm's Length
111 By: Manuela: Braend Lee _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ ,
112 Consumer, Counterclaim, Countermand, Authorized Representative for BRAEND MANUELA
113
114 Mail location: 1930 hennessy pl, Bronx, NY, 10453
115 C.C.
116 EQUIFAX
117 POST OFFICE BOX 740256
118 ATLANTA, GEORGIA
119
120 TRANSUNION, LLC
121 POST OFFICE BOX 2000
122 CHESTER, PENNSYLVANIA 19016
123
124 EXPERIAN
125 POST OFFICE BOX 4500
126 ALLEN, TEXAS 75013
127
128 _N/A_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ (no witness writes N/A)
129 First Witness Matt 18:16 Print Name:
130
131 _ _ (no witness writes N/A)
132 Second Witness Matt 18:16 Print Name:
133 _N/A_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ (no witness writes N/A)
134 Third Witness Matt 18:16 Print Name:
135
136 16 But if he hear thee not, take yet with thee one or two, that by the mouth of two or three witnesses,
137 every word may be confirmed. 17And if he refuse to hear them, tell it unto the Church: and if he
138 refuse to hear the Church also, let him be unto thee as an heathen man, and a Publican.
139 Matthew 18:16-17 1599 Geneva Bible (GNV) For
140 an individual acting in his own right:

141 New York State )
142                 ), Subscribed, Sworn or Affirmed
143 Bronx county   )
144

Affidavit;
## Notice one; Presentment by Affidavit of Status for
## Consumer Private Right of Action; Notice and Preemption Claim

145 And the foregoing instrument was acknowledged before me by means of ☒ physical presence or ☐ online notarization, this date: 25th day of July 2022 , by: Last, First-Middle (name of person, agent, etc doing the acknowledging), who is personally known to me or who has produced (type of identification) Nys Drivers ∤23782327 as identification.

143

144 Notary Signature _____                Notary Notary Seal:

145 Notary Printed Name: Dever R. Bruno  or seal

DEVER R. BRUNO
Notary Public, State of New York
Reg. No. 01BR6162707
Qualified in Bronx County
Commission Expires March 19, 2023



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Chester PA 19013

| | |
|---|---|
| Certified Mail Fee | $4.00 |
| $ | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $0.54 |
| $ | |
| Total Postage and Fees | $5.05 |
| $ | |

Postmark
Here
AUG 1 1 2022

Sent To  Transunion LLC
Street and Apt. No., or PO Box No.  P.O. Box 2000
City, State, ZIP+4®  Chester, PA 19016

7022 1670 0003 2086 7605

Affidavit

Notice two: Faulted Certified Mailing #: 7022 1670 0003 2086 7605

Notice of Fault, Right to Cure

146 August 9, 2022
147 By: Me the living- Manuela, Braend-Lee, Agent
148 1930 Hennessy Pl Bronx, NY, 10453
149 SSN:
150 Date born: April,
151 TRANSUNION, LLC
152 POST OFFICE BOX 2000
153 CHESTER, PENNSYLVANIA
154 19016

155 Notice of Liability:
156 Attention Executive / Financial offices any and all assigns for acting management for TRANSUNION
157 to Whom It May Concern, this is a matter of emergency for my office of BRAEND LEEMANUELA:
158 Notice, it be a fact that I am writing to update and correct the personal information listed on file with
159 your company. I have discovered multiple errors and incongruencies after review of the consumer
160 credit report;
161 Furthermore, I now order my credit score to reflect a score of 850 regardless of items positive or
162 negative, a scheme has been established to deprive the original American people of their status as the
163 original creditors by way of birth right citizenship and the fact of a security between the NAME of
164 which one was bore and the name of which one was granted at creation, Furthermore, I am in a state
165 of discovery and I am appointing the chief executive officer for TRANSUNION,
166 attention Executive/ Financial offices any and all assigns;
167 I am going to invoice the chief executive officer for TRANSUNION, attention Executive / Financial
168 offices any and all assigns upon the failure to restore the consumer open ended credit plan pursuant to
169 15 USC 1602 j;

170 Notice that the US is a bankrupt service corporation and that it is a fact,
171 that my writing to you TRANSUNION be pursuant 15 USC 1681b(a)2 as I am the consumer in fact,
172 original creditor, the one whom grants credit under the Truth in Lending Act(TILA), defer any debt to
173 the US any and all assigns for any and all derivatives thereof, thereto;
174 It is a fact that, Pursuant 15 USC 1692j I have discovered that 99.9% of all prior agreements of any
175 variation have been discovered to be issued to me by way of deceptive practices pursuant 15 USC
176 1692j I invoke that these agreements of any variation have been furnished deceptively by way of lack
177 of full disclosure, lack of context with the congressional records, lack of context to being furnished in
178 good faith, lack of good faith by the creator of these agreements issued in any variation, as of this
179 present time I have yet to discover a lawful agreement of any variation pursuant to Title 15 commerce
180 and trade so it is upon my good faith that I am writing this affidavit as it is a fact that I am in a state
181 of discovery to the scheme committed against the public by way of commerce and trade;
182 It is a fact that I invoke being the original creditor and I invoke I am in pursuit of restoration to my
183 profile on account with your company any and all assigns so be it pursuant 15 USC 1692j(a) It is
184 unlawful to design, compile, and furnish any form knowing that such form would be used to create
185 the false belief in a consumer that a person other than the creditor of such consumer is participating in
186 the collection of or in an attempt to collect a debt such consumer allegedly owes such creditor, when
187 in fact such person is not so participating.

Notice two: Faulted Certified Mailing #: 7022 1670 0003 2086 8060

## Notice of Fault, Right to Cure

188 (b)Any person who violates this section shall be liable to the same extent and in the same manner as a
189 debt collector is liable under section 1692k of this title for failure to comply with a provision of this
190 subchapter.

191 (Pub. L. 90-321, title VIII, § 812, as added Pub. L. 95-109, Sept. 20, 1977, 91 Stat. 880.)

192 Furthermore, I apologize for inconvenience and again I come in good faith as it is a fact that I am in
193 pursuit of happiness and restoration of my open-ended credit plan pursuant 15 USC 1602j;
194 Notice it is a fact that I have included an Exhibit 1 USPS form PS 3811 mailed document# 9590 9402
7473 2055 7676 30

195 AS; a 5-page Presentment by Certified Mail #7022 1670 0003 2086 8060: Witnessed by USPS
196 certified mailing # 7022 1670 0003 2086 7605

197 Notice an failure to respond by rebuttal to this affidavit will be evidence of a tacit acquiescent
198 agreement with and by all parties listed herein for the benefit of the original creditor by way of hand
199 now here to settle all matters and actions of construction nunc pro tunc, these presumptive accounts
200 must be closed, as closed check, closed matter for proceeding, dated: August 9th 2022;

201 Closed Stamps, herein for the full settlement of account, for the full satisfaction of claim herein by I
202 the original creditor, verified Authorized Representative by counter-claim for BRAEND LEE
203MANUELA, so be it, and;
204 Notice it is a fact I will pursue damages and serve an invoice for all violations and damages,
205 this Affidavit is my non-failure to state a claim upon which relief can be granted, I will accept relief
206 by way of my orders herein, and my demands herein and I will not pursue legal matters, upon my
207 written request herein;
208 It is a fact that, I will not accept any other contracts other than as stated in this administrative process
209 herein, I will continue my administrative process while accomplishing the American dream
210 pursuit of happiness while accomplishing the American dream;
211 It is a fact, that in the event that I am pressured to pursue legal matters I will invoice for all of my
212time, energy, court fees, mailing fees, any and all derivatives thereto a process at my expense
213 to discover that I never owed a debt to begin with will constitute in me filing multiple lawsuits in the
214 benefit of my person organization name BRAEND LEE MANUELA, so be it, and;
215 Notice and demand for the update for the mail location pursuant to 15 USC 1692a(7) now must be
216 lawfully recognized as the location information / Place of abode: 1930 Hennessy Pl, Bronx, NY
21710453
218 Notice and demand for the update, for the name on file as I must be referred to as the Chief Executive
219 Officer for the office of my legal name BRAEND LEE MANUELA, pursuant Title 15 USC 1692c(d)
220 I the consumer am defined as the Executor, Administrator, etc. for communication against all alleged
221 debt obligations, and this is my herein administrative process by way of I the Chief Executive Officer
222for BRAEND LEE MANUELA, so be it, and;
223 Notice and demand for the update of birth record, the current date of birth shall be: April 29, xxxx
224 Notice and demand that the following account(s) need to be updated immediately;

225 MERCEDES BENZ FINANCIAL: all companies are debtors (herein debtor corporation;

226 Account Number: 500200XXXXXXXX (I purge myself of any and all accounts associated);


227 NAVY FEDERAL CREDIT UNION: all companies are debtors (herein debtor corporation);

228 Account Number: 0XXXX (I purge myself of any and all accounts associated);


BLM-NOFOTC-AOT- TRANSUNION Certified Mail #: 7022 1670 0003 2086 7605

Affidavit;

Notice two: Faulted Certified Mailing #: 7022 1670 0003 2086 8060

## Notice of Fault, Right to Cure

229 AFFIRM INC: all companies are debtors (herein debtor corporation);

230 Account Number: D8HP05XX (I purge myself of any and all accounts associated);

231 AFFIRM INC: all companies are debtors (herein debtor corporation);

232 Account Number: 7NXT6PXX (I purge myself of any and all accounts associated);

233 APPLE CARD/GS BANK USA: all companies are debtors (herein debtor corporation);

234 Account Number: 110001XXXXXXXXXX (I purge myself of any and all accounts associated);

235 CREDIT ONE BANK NA: all companies are debtors (herein debtor corporation);

236 Account Number: 379363XXXXXXXXXX (I purge myself of any and all accounts associated);

237 NAVY FEDERAL CR UNION: all companies are debtors (herein debtor corporation);

238 Account Number: XXXX (I purge myself of any and all accounts associated);

239 Notice and demand by and for the intent of I the consumer:

240    Notice. I demand the direct verification, and validation all data for these accounts, every
241 notation, date and balance, whether reported or not.
242 I demand to be provided proof as per Public Law No.91-508 (FCRA sec 605, 609, and 623).
243 Please verify and validate all information for this account, every notation, date and balance, whether
244 reported or not. Additionally, this is a collection account and the collector need to prove that this debt
245 can survive collection, that they own this debt, and the extent to which they can collect this debt. I do
246 not recognize the charges on the account nor the account itself, it does not belong to me, I purge
247 myself and my person(s) from any and all assigns for accounts listed herein, so be it, and;

248 Notice, I do not wish to have any telephone numbers on my report. If A-N-Y, please delete now or
249 produce P-R-O-O-F of your legitimate delegated authority to retain or report and or furnish without
250 infringing upon my consumer rights;

251 Notice and demand for the removal of all the other addresses and/or mail locations off the credit
252 report, as they are not deliverable to me by the U.S. Post Office, and they are not reportable as per the
253 FCRA. The mail locations listed as addresses are inaccurate, any other personal information
254 contained in my credit file is inaccurate and needs to be removed within 15 days of receiving this
254letter;

255 Notice and demand I order the assurance that you TRANSUNION only retain
256 C-U-R-R-E-N-T, C-O-M-P-L-E-T-E, AND T-R-U-E information in my credit file. Per FCRA
257 regulations A-N-Y and A-L-L other information I D-E-M-A-N-D as my lawful rights to be annulled.
258 I do not authorize you TRANSUNION to misreport any information now or E-V-ER; Immediately
259 review to proper ensure your adequate and in full accordance to the laws which governs your practice

Affidavit;

Notice two: Faulted Certified Mailing #: 7022 1670 0003 2086 8060

## Notice of Fault, Right to Cure

260 or reporting consumer credit files; Notice, produce in writing what information you TRANSUNION
261 refuse to remove and why;

262 Notice, produce in writing what you TRANSUNION did to determine that the
263 information was accurate;

264 Notice update the information As disputed B-Y the C-O-N-S-U-M-E-R on my credit report;

265 Notice, provide your full name, your complete address including city and state, your home and cell
266 numbers and your social security number; These details are required for the purpose of all violations
267 of law; all violations of rights; and all injury suffered as the result of your act, actions; I will hold
268 you, the living agent personally liable if any of the above should occur; This is my non-failure to state
269 a claim for which relief can be granted; I furthermore declare that the consumer and
270 I am a consumer am protected pursuant to Title
271 15 USC 1692k I will further list and notice you TRANSUNION of my
272 assessment damages and fines, so be it, and;
273 Notice, will you TRANSUNION provide (via U.S.P.S. mail to proper
274 commercial-free mailing location "without the U.S.") written authenticated proof of authority sworn
275 under penalties of perjury upon your commercial liability insurance?

276 Notice, provide (via U.S.P.S. mail to proper commercial-free mailing location "without the U.S."
277 written authenticated proof of claim sworn under penalties of perjury upon your commercial liability
278 insurance?

279 Notice, Under the Fair Credit Reporting Act, and pursuant to per Public Law No. 91-508 (15 U.S.C.
280 1681g), I am expressing my right to demand that you TRANSUNION disclose
281 to me any and all of the documents that you TRANSUNION have recorded and
282 retained in your file at the time of this request concerning the accounts that you
283 TRANSUNION are reporting in my credit report.;

284 <u>NOTE</u>: Please don't respond to my request by saying that these accounts have been verified
285 because I have never been sent proof of such; Instead, send me copies of the documents that you
286 TRANSUNION have in your files that were used to verify them.

287 Notice, if you TRANSUNION do not have any documentation in your files to
288 verify the accuracy of these disputed accounts then permanently delete them immediately as required
289 under Section 611(a)(5)(A)(i). By publishing these inaccurate and unverified items on my credit
290 report and distributing them to 3rd parties you TRANSUNION are damaging my reputation and credit,
291 worthiness and I will seek damages if they are not removed and you TRANSUNION are unable to
292 provide the necessary documentation.

293 Notice, according to the Fair Credit Reporting Act, Section 609 (a)(1)(A), you TRANSUNION
294 are required by federal law to verify.

295 Notice, it is my right that under the FCRA 15 U.S.C. § 1681i, all unverified accounts must be
296 promptly deleted.

297 Notice, send an updated copy of my credit report to the above mail location. According to the act,
298 there shall be no charge for this updated report; I also request that you TRANSUNION

Affidavit;

Notice two: Faulted Certified Mailing #: 7022 1670 0003 2086 8060

## Notice of Fault, Right to Cure

299 please send notices of corrections to anyone who received my credit report in the past six months;

300 Notice, thank you TRANSUNION in advance for the help and assistance for

301 this matter proceeding, notice that you TRANSUNION must investigate as the FCRA

302 so states to investigate friends, family, neighbors, etc., for the direct verification of debt, so be it,

303 Notice, pursuant to 28 USC 1746(1) and executed "without the United States," I affirm under

304 penalty of perjury under the laws of the United States of America that the foregoing is true and

305 correct, to the best of my belief and informed knowledge. Further This Affiant Saith Not;

306 Notice an unlawful rebuttal to this affidavit will be evidence of a tacit acquiescent agreement with

307 and by all parties listed herein for the benefit of the original creditor by way of hand now here to

308 settle all matters and actions of construction nunc pro tunc, closed account, closed check, closed

309 matter for proceeding, dated: _August, 9,2022_ ;

310 Closed, herein for the full settlement of account, for the full satisfaction of claim herein by I the

311 original creditor, verified Authorized Representative by counter-claim for BRAEND MANUELA, so

312 be it, and;

313 Notice, UCC 1-308, UCC 1-204, All Rights Reserved Without Prejudice, At Arm's Length

314 By: _Manuela, Braend;sss_____,

315 Consumer, Counterclaim, Countermand, Authorized Representative for BRAEND MANUELA

316

317 Mail location: 1930 hennessy pl, Bronx, NY, 10453

318 C.C.

319 EQUIFAX

320 POST OFFICE BOX 740256

321 ATLANTA, GEORGIA 30374

322

323 TRANSUNION, LLC

324 POST OFFICE BOX 2000

325 CHESTER, PENNSYLVANIA 19016

326

327 EXPERIAN

328 POST OFFICE BOX 4500

329 ALLEN, TEXAS 75013

330

331 _____N/A_____ (no witness writes N/A)

332 First Witness Matt 18:16 Print Name:

333

334 __ (no witness writes N/A)

335 Second Witness Matt 18:16 Print Name:

336 _____N/A_____ (no witness writes N/A)

337 Third Witness Matt 18:16 Print Name:

338

339 16 But if he hear thee not, take yet with thee one or two, that by the mouth of two or three witnesses,

340 every word may be confirmed. 17And if he refuse to hear them, tell it unto the Church: and if he

341 refuse to hear the Church also, let him be unto thee as an heathen man, and a Publican.

342 Matthew 18:16-17 1599 Geneva Bible (GNV) For

343 an individual acting in his own right:

Affidavit;

Notice two: Faulted Certified Mailing #: 7022 1670 0003 2086 8060

## Notice of Fault, Right to Cure

344 New York State )
345                      ), Subscribed, Sworn or Affirmed
346 Bronx county     )
347

348 And the foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization, this date: _11ᵗʰ August  2022_____ by: Manuela, Braend-Lee
349(name of person, agent, etc doing the acknowledging), who is personally known to me or who has produced (type of  identification) _DRIVER Lic_____ as identification.
                                         823 782 -327

350 Notary Signature _Umadatt L_ . 08/11/7022      Notary Notary Seal:

351 Notary Printed Name: _UMADATT Sukhdeo_____

UMADATT SUKHDEO
NOTARY PUBLIC STATE OF NEW YORK
BRONX COUNTY
LIC. #01SU6249038
COMM. EXP. 07/06/23

BLM-NOFOTC-AOT- TRANSUNION Certified Mail #: 7022 1670 0003 2086 7605      Page  6

# Exhibit 1



First-Class Mail®    1
Letter
   Chester PA 19016
   Weight: 0 lb 1.30 oz
   Estimated Delivery Date
     Wed 07/27/2022
Certified Mail®
   Tracking #:
     70221670000320868060
Return Receipt
   Tracking #:
     9590 9402 7473 2055 7676 30
Affixed Postage
   Affixed Amount: $0.84

Total

$7.25

$0.84

$4.00

$3.25

-$0.84

$7.25

$8.70

     Preview your Mail
     Track your Packages
     Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
   Thank you for your business.

   Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

or call 1-800-410-7420.

UFN: 350928-0104
Receipt #: 840-51000101-1-6343192-2
Clerk: 07

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®

Chester, PA 19016

| Certified Mail Fee | | |
| --- | --- | --- |
| $4.00 | | 0104 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)   $ __$0.00__
☐ Return Receipt (electronic)   $ __$0.00__
☐ Certified Mail Restricted Delivery   $ __$0.00__
☐ Adult Signature Required   $ __$0.00__
☐ Adult Signature Restricted Delivery $ __$0.00__

Postage
$0.84

Total Postage and Fees
$8.09

Sent To Transvnion LLC

Street and Apt. No., or PO Box No.
Po Box 2000

City, State, ZIP+4®
Chester, PA 19016

7022 1670 0003 2086 8060



Exhibit 2

USPS CERTIFIED MAIL: 7022 2410 0003 0952 8159

NOTICE OF METHOD OF VERIFICATION

Date: January 25, 2023

Braend Manuela

Mail location: 1930 Hennessy pl
Bronx, NY 10453

Social Security # ***-*

Transunion
P.O. BOX 2000
Chester, PA 19016

Dear Consumer Relations:

After receiving and reviewing the results of a recent dispute sent to you. I am now requesting the
method you used to verify certain items on the credit file dated 01/26/23. Title 15 USC 1681i(6)(B)(iii)
states that upon request, you must provide me a description of the procedure used to determine the
accuracy and completeness of the information. This includes, but
is not limited to, the business name, and address of any furnisher of information contacted in
connection with such information, and the telephone number of such furnisher. I am requesting this
information for the following accounts:

The following accounts therefore needs to be VERIFIED and DELETED from my credit report as soon
as possible.

*Name of Account: Navy federal credit Union*

*Account Number:* **406095XXXXXXXXXX**

**Status: Charge-off**

*Name of Account:* **BANK OF AMERICA**

*Account Number:* **440066XXXXXXXXXX**

*Name of Account:* **JPMCB − CARD SERVICE**

*Account Number:* **414720XXXXXX**

BM-TRANSUNION DOC #2

USPS CERTIFIED MAIL: 7022 2410 0003 0952 8159

## NOTICE OF METHOD OF VERIFICATION

*Name of Account:* **JPMCB — CARD SERVICE**

*Account Number:* **426684XXXXXX**

*Name of Account:* **MERCEDES-BENZ FINANCIAL**

*Account Number:* **500200XXXXXXX**

*Name of Account: Navy federal credit Union*

*Account Number:* 000143XXXXXXXXXXXX

*Name of Account: CCS COLLECTIONS*

*Account Number:* **981874XX**

*Name of Account: Recievables Performance*

*Account Number:* 674164XX

*Name of Account: GS Bank USA*

*Account Number:* XXXX

Please investigate if every piece of information is correct. Please remove these from my consumer credit report, I do not recognize these accounts, and they do not belong to me.

1. I have a simple request. What procedures does your company have in place to investigate accounts?

2. I am requesting you send me a copy of your policy and procedures?

3. Are your procedures congruent with Title 15 Subchapter III in reference to credit reporting agencies?

4. What data are you basing your verification off?

BM-TRANSUNION DOC #2

USPS CERTIFIED MAIL: 7022 2410 0003 0952 8159

### NOTICE OF METHOD OF VERIFICATION

5. Provide me with the names and business address of the persons with whom you contacted/verified these items, so that I may contact them myself.

Remember, I've been studying on the internet about credit reporting laws, specifically Title 15 Subchapter III Credit Reporting Agencies and from my understanding if a consumer finds errors on their credit report, they have a right to have them fixed, correct? At least that's my comprehension of 15 USC 1681(b)(2) "In accordance with the written instructions of the consumer to whom it relates." That would be me, and I am requesting with written instructions for your reporting agency to delete and remove these accounts. The law states you can only furnish/publish information that is with my consent. Under 15 USC 1681(b)(2). You do not have my consent or permission to furnish/publish/advertise/supply any account listed within this affidavit.

6. Do you object?

I got this information from the FTC and the CFPB.
This incorrect information on my credit report is causing problems when I try to apply for credit extensions of attempt a consumer credit transaction. Please INVESTIGATE this matter and follow my instructions pursuant to 15 USC 1681(b)(2).
Please send that to me also. I want to make sure you are following the law.
I want the MASTER file pursuant to 15 USC 1681g and I want all the information you ever had on me. Please forward this information to me, along with a copy of the master file cited above.


Thank you, Braend Manuela



**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

7022 2410 0003 0952 8159

Chester PA 19016

Certified Mail Fee $4.15

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $0.63

Total Postage and Fees $4.13

Sent To TransUnion
Street and Apt. No., or PO Box No. P.O. Box 2000
City, State, ZIP+4 Chester PA 19016

Postmark Here

01/30/2023

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Transunion
P.O. Box 2000
Chester, PA 19016

9590 9402 7773 2152 6049 34

2. Article Number *(Transfer from service label)*

7022 2410 0003 0952 8159

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X    TransUnion LLC    ☐ Agent
                       ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
JAN 0 2 2020

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



Complaint Detail                                                    12/12/23, 3:45 AM

 An official website of the United States Government

 Consumer Financial
Protection Bureau                 **Start a new complaint**
(https://www.consumerfinance.gov/)

❮ All complaints (.)

# 230130-10258170

**CLOSED**

✔ **Submitted**

**STATUS**
Submitted to the
CFPB on
1/30/2023

**PRODUCT**
Credit reporting,
credit repair
services, or other
personal
consumer reports

**ISSUE**
Problem with a
credit reporting
company's
investigation into
an existing
problem

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

On July 25, 2022 I, notified TRANSUNION through written correspondence notarized through certified mail tracking # 7022 0410 0000 1224 7928 about multiple inaccuracies on a consumer report that was created containing information about me the consumer. Over thirty days later I recieved an automated response stating that the accounts were "VERIFIED", upon receiving the automated response I decided to try my chances over the phone with a REAL PERSON after several phone calls I was able to get a representative on the line where I the consumer then began to ask questions about their METHOD OF VERIFICATION the representative shortly began to get rude and started disrespecting me because I the consumer informed him that I had rights and TRANSUNION wasn't respecting them due to the fact that my privacy was being violated and they were not using any reasonable procedures in order the ensure maximum accuracy in their reports or a respect to the consumer's privacy. The representative hung up on me and after several more attempts to resolve the matter over the phone I realized that maybe representatives at TRANSUNION weren't actually there to assist consumers with these matters. I then sent out a second written notice on August 11, 2022

**ATTACHMENTS**
BM
TRANSUNION
RD 2 MOV.docx
(33.5 KB)

notarized via certified mail informing TRANSUNION about the fact that they had failed to follow proper procedures and have been willfully noncompliant. I then waited and waited and waited and waited and waited until I decided to contact TRANSUNION over the phone to inquire about my written correspondence when they then informed me that they never received it, upon further investigation I then came to the conclusion that TRANSUNION in fact decided to decline the written correspondence causing it to get lost in the United States Postal Services System. I then decided to send them a third notice more recently on December 15, 2022 via certified mail informing TRANSUNION about the adverse information that they are reporting which has caused me severe financial hardships, mental anguish and has made me subject to predatory rates and extortions of credit transactions. In the written letter I informed Experian about the damage that their conduct has caused me, the fact that my privacy continues to be invaded, the violations under the Fair Credit Reporting Act 15 U.S.C 1681. I the consumer printed out the credit report being reported by Experian and highlighted each derogatory account and adverse information being contained within the report while also adding each violation committed by Experian. At this moment I have attempted to resolve this issue on multiple occasions and have came to an understanding that TRANSUNION is just as unlawful as any convicted felon who continues to commit crimes willingly and knowingly. I am beyond belief at the way that TRANSUNION has conducted themselves and how they manage and maintain consumer files so negligently. I have suffered many a sleepless nights and countless hours away from my family and friends because of the stress Experian has caused me. However I will not be discouraged or stopped from correcting the errors in information and holding Experian responsible for ASSUMING such a VITAL role in my life without my permission or consent. TRANSUNION has been notified numerous times about report inaccurate information on consumer report. They have defamed my character and have caused me severe financial hardship. There are a total of 8 accounts reporting inacurrately APPLE GS BANK Account # 110001XXXXXXXXXX JPMCB - CARD SERVICE Account # 426684XXXXXX JPMCB - CARD SERVICE Account # 414720XXXXXX NAVY FEDERAL CU Account # 406095XXXXXXXXXX Navy federal credit Union Account Number: 000143XXXXXXXXXXXX CCS COLLECTIONS Account # 981874XX, Recievables Performance Account Number: 674164XX Account: MERCEDES-BENZ FINANCIAL Account Number: 500200XXXXXXX There are a total of 12 unauthorized inquiries 1. VALLEY NT BK 2.WFDS 3. NEW ROCHELLE 4.NAVY FCU 5. NAVY FCU 6.NAVY FCU 7. MB FIN SVC 8. JPMB HL 9. JPMB AUTO 10. JAGUAR WHITE 11. AMEX 12. CITIZENS ONE

AMEX 12. CITIZENS ONE

View full complaint 

## Sent to company

**STATUS**

Sent to company on 1/30/2023

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

## Company still working

**STATUS**

Company response is in progress as of 1/31/2023

### The company has responded that it is still working on your issue

In some cases, companies need more time to respond. You should receive a final response within 60 days from the date we sent your complaint to the company.

**COMPANY'S INTERIM RESPONSE**

We received your complaint about the items in your credit report, and apologize for any difficulty you may have experienced. We are currently reviewing your complaint along with the information you previously submitted regarding this issue. We will follow-up with you within sixty (60) days from the date you submitted your request.

## Company responded

**STATUS**

Company responded on 3/14/2023

**RESPONSE TYPE**

Closed with non-monetary relief

### Company's Response

After careful review, we have determined the information submitted in the portal included a dispute of information appearing on your credit report. TransUnion has processed your request and forwarded a copy of the Investigation Results through US mail. You should expect to receive those results in approximately 7 business days. Based on your request we sent you a letter to inform you we are investigating the information you disputed and to request proof of address that included a list of acceptable documents and instructions on where to send it. In response to your request for a description of the dispute procedure, we sent you a letter listing the actions we take: TransUnion reviews all

you a letter listing the actions we take. Transunion reviews all available relevant information and contacts the data furnisher to verify the accuracy of the information if we are unable to make the change based on the information you provided, we update our records with the information the creditor provides in response to the dispute, and then we send you the results of the investigation including the contact information of the company that verified the data so you can contact them directly if needed.

**DESCRIPTION OF NON-MONETARY RELIEF**

In response to your request, the following actions were taken on your credit file: You disputed the following Personal Information on your credit file. Below includes the actions taken: Address - PROOF REQUIRED You disputed the following accounts and/or public records on your credit file. Below includes the results of that investigation. -UPDATED - UPDATED (2) BANK OF AMERICA-DELETED NAVY FEDERAL CR UN-UPDATED (2) CREDIT COLLECTION SERVIC-UPDATED JPMCB CARD SERVICES-UPDATED



# Feedback provided

**STATUS**

Feedback provided on 5/2/2023

## Your feedback

**THE COMPANY'S RESPONSE ADDRESSED ALL OF MY ISSUES**

No

**ADDITIONAL COMMENTS**

Transunion failed to properly investigate and remove the inaccurate, incomplete and unverifiable information contained in the consumer file.

**I UNDERSTAND THE COMPANY'S RESPONSE TO MY COMPLAINT**

No

**ADDITIONAL COMMENTS**

Transunion has claimed that they are reporting VERIFIED AND ACCURATE information yet has failed to provide any of the documentation used to make this ASSUMPTION. Transunion continues to knowingly and willfully violate me by reporting information that does not belong to me.

**THE COMPANY DID WHAT THEY SAID THEY WOULD DO WITH MY COMPLAINT**

No

**ADDITIONAL COMMENTS**

Transunion has claimed that they can only remove the Information if the "Furnisher" instructs them to do so. As a

consumer my privacy is not being respected, the information is unfair, inaccurate and Transunion is not being impartial in properly investigating this matter claiming that only the "Creditor" can tell them what shall be contained in a consumer report. Neglecting the fact that under the Exclusion section of the FCRA there shall be no consumer report furnished containing information as to transactions between a consumer and a creditor. Also after doing their Reinvestigation Transunion claims the information is factual and verified by the "creditor" when the term investigative consumer report shall not contain any factual information obtained directly from the creditor of a consumer. Transunion is falsifying statements claiming they have a right to deny my request to block information resulting from Identity Theft because their internal guidelines were not met. Their internal guidelines however are only available to them, which means they don't show them to the consumer which is false and misleading because how are they able to make such a grave and vital decision over my life and I can't even verify what they are basing this decision off of. Transunion also mailed me a response stating that they are rejecting my request to block information resulting from Identity Theft because there was "not enough personal identifying information' provided, yet I provided my full name, address, social Security Number and Government Issued Identification. How is that not enough? They also claimed that there was not enough information on the Unauthorized accounts, which was also properly provided in my letter and FTC Affidavit. Transunion is doing every thing in their power to be negligent in their noncompliance with the law.

## What happens now?

The complaint process is complete and your complaint is now closed.

We have taken the following additional actions on your complaint:

- We added your complaint to the CFPB's Consumer Complaint Database (http://www.consumerfinance.gov/data-research/consumer-complaints).

- Your feedback, and feedback from others, helps us understand how companies are addressing concerns raised by consumers in their complaints. We will also share your feedback with the company.

- We have also shared your complaint with the Federal Trade Commission, which will add your complaint to its

database for state and federal law enforcement agencies.

We appreciate your participation in the complaint process and your feedback on the company's response. Both are important to us and consumers who may have similar issues and concerns.

 **Closed**     The CFPB has closed your complaint.

## Privacy Act Statement

## OMB #3170-0011

## Note on user experience

 Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday (except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

An official website of the United States Government

USPS CERTIFIED MAIL: 7022 2410 0003 0952 8159

NOTICE OF METHOD OF VERIFICATION

Date: January 25, 2023

Braend Manuela

Mail location: 1930 Hennessy pl
Bronx, NY 10453

Social Security # ***-**-

Transunion
P.O. BOX 2000
Chester, PA 19016

Dear Consumer Relations:

After receiving and reviewing the results of a recent dispute sent to you. I am now requesting the method you used to verify certain items on the credit file dated 01/26/23. Title 15 USC 1681i(6)(B)(iii) states that upon request, you must provide me a description of the procedure used to determine the accuracy and completeness of the information. This includes, but
is not limited to, the business name, and address of any furnisher of information contacted in connection with such information, and the telephone number of such furnisher. I am requesting this information for the following accounts:

The following accounts therefore needs to be VERIFIED and DELETED from my credit report as soon as possible.

*Name of Account: Navy federal credit Union*

*Account Number:* **406095XXXXXXXXXX**

**Status: Charge-off**

*Name of Account:* **BANK OF AMERICA**

*Account Number:* **440066XXXXXXXXXX**

*Name of Account:* **JPMCB – CARD SERVICE**

*Account Number:* **414720XXXXXX**

BM-TRANSUNION DOC #2

USPS CERTIFIED MAIL: 7022 2410 0003 0952 8159

## NOTICE OF METHOD OF VERIFICATION

*Name of Account:* **JPMCB – CARD SERVICE**

*Account Number:* **426684XXXXXX**


*Name of Account:* **MERCEDES-BENZ FINANCIAL**

*Account Number:* **500200XXXXXXX**


*Name of Account:* *Navy federal credit Union*

*Account Number:* 000143XXXXXXXXXXXX


*Name of Account:* *CCS COLLECTIONS*

*Account Number:* **981874XX**


*Name of Account:* *Recievables Performance*

*Account Number:* 674164XX

*Name of Account:* *GS Bank USA*

*Account Number:* XXXX


Please investigate if every piece of information is correct. Please remove these from my consumer credit report, I do not recognize these accounts, and they do not belong to me.

1. I have a simple request. What procedures does your company have in place to investigate accounts?

2. I am requesting you send me a copy of your policy and procedures?

3. Are your procedures congruent with Title 15 Subchapter III in reference to credit reporting agencies?

4. What data are you basing your verification off?

BM-TRANSUNION DOC #2

USPS CERTIFIED MAIL: 7022 2410 0003 0952 8159

## NOTICE OF METHOD OF VERIFICATION

5. Provide me with the names and business address of the persons with whom you contacted/verified these items, so that I may contact them myself.

Remember, I've been studying on the internet about credit reporting laws, specifically Title 15 Subchapter III Credit Reporting Agencies and from my understanding if a consumer finds errors on their credit report, they have a right to have them fixed, correct? At least that's my comprehension of 15 USC 1681(b)(2) "In accordance with the written instructions of the consumer to whom it relates." That would be me, and I am requesting with written instructions for your reporting agency to delete and remove these accounts. The law states you can only furnish/publish information that is with my consent. Under 15 USC 1681(b)(2). You do not have my consent or permission to furnish/publish/advertise/supply any account listed within this affidavit.

6. Do you object?

I got this information from the FTC and the CFPB.
This incorrect information on my credit report is causing problems when I try to apply for credit extensions of attempt a consumer credit transaction. Please INVESTIGATE this matter and follow my instructions pursuant to 15 USC 1681(b)(2).
Please send that to me also. I want to make sure you are following the law.
I want the MASTER file pursuant to 15 USC 1681g and I want all the information you ever had on me. Please forward this information to me, along with a copy of the master file cited above.


Thank you, Braend Manuela

BM-TRANSUNION DOC #2



**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7022 2410 0003 0952 8159

Chester, PA 19016

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee    $4.15

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $_____
☐ Certified Mail Restricted Delivery  $_____
☐ Adult Signature Required         $_____
☐ Adult Signature Restricted Delivery $

Postage    $0.63

Total Postage and Fees    $8.13

Sent To  Transunion
Street and Apt. No., or PO Box No.
P.O. Box 2000
City, State, ZIP+4®
Chester, PA 19016

---

**SENDER: COMPLETE THIS SECTION**

▪ Complete items 1, 2, and 3.
▪ Print your name and address on the reverse so that we can return the card to you.
▪ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Transunion
P.O. Box 2000
Chester, PA 19016

9590 9402 7773 2152 6049 34

2. Article Number *(Transfer from service label)*

7022 2410 0003 0952 8159

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  TransUnion LLC  ☐ Agent
                    ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
JAN 02 2026

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($00)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt





USPS CERTIFIED MAIL: 7022 2410 0003 0953 5010

NOTICE OF BLOCK OF INFORMATION

Date: March 16, 2023

Braend Manuela

Mail location: 1930 Hennessy pl
Bronx, NY 10453

Last 4 SS # 

Transunion Fraud Victim Assistance Department
P.O. BOX 2000
Chester, PA 19016

Dear Consumer Relations:

Transunion

There is information on my consumer report that is a result of identity theft. I did not provide written permission or instructions for the identified transactions to be reported on my consumer report. I am requesting that the reporting of this information be blocked and deleted. My request to block is not being made in error; nor is my request to block being made on the basis of material misrepresentation of fact by me relevant to the request block the identified transactions. The identifies transactions are not information related to any transaction by me as a consumer:

*Navy federal credit Union*

*Account Number:* **406095XXXXXXXXXX**

**Status: Charge-off**

*Name of Account:* ***BANK OF AMERICA***

*Account Number:* **440066XXXXXXXXXX**

*Name of Account:* ***BANK OF AMERICA***

*Account Number:* **XXXXXXXXXX**

*Name of Account:* ***JPMCB − CARD SERVICE***

BM-TRANSUNION DOC #3

USPS CERTIFIED MAIL: 7022 2410 0003 0953 5010

## NOTICE OF BLOCK OF INFORMATION

*Account Number:* **414720XXXXXX**

*Name of Account:* **JPMCB – CARD SERVICE**

*Account Number:* **426684XXXXXX**

*Name of Account:* **MERCEDES-BENZ FINANCIAL**

*Account Number:* **500200XXXXXXX**

*Name of Account:* Navy federal credit Union

*Account Number:* 000143XXXXXXXXXXX
*Name of Account:* GS Bank USA

*Account Number:* XXXX

*Name of Account:* Kafene Inc

*Account Number:* XXXX

## Unauthorized Inquiries

- AMERICAN EXPRESS (Bank)Oct 05, 2021
- NAVY FCU (Finance)Sep 12, 2021
- NAVY FCU (Finance)Aug 10, 2021
- JPMCB AUTO FINANCE (Bank)Jul 29, 2021
- JAGUAR WHITE PLAINS (Auto)Jul 29, 2021
- FACTUAL DATA/JPMCB HL (Bank)Jul 28, 2021
- MB FIN SVCS (Finance)Jul 27, 2021
- 700CR/NEW ROCHELLE CHEVR (Auto)Jul 24, 2021
- WELLSFARGODEALERSVCS (Finance)Jul 24, 2021
- VALLY NTL BK/INDRECT LEN (Bank)Jul 24, 2021
- CITIZENS ONE (Bank)Jul 24, 2021
- NAVY FCU (Finance)May 22, 2021

BM-TRANSUNION DOC #3

USPS CERTIFIED MAIL: 7022 2410 0003 0953 5010

## NOTICE OF BLOCK OF INFORMATION

You are required to do what I am asking and block these transactions from being reported to my consumer report within (4) four business days from the date of the receipt of this notice. I look forward to your compliance.


Thank You

Braend Manuela

BM-TRANSUNION DOC #3

IDTheftReport_157436366.pdf                                          3/10/23, 3:00 PM



FEDERAL TRADE COMMISSION
# Identity Theft Report

FTC Report Number:
157436366

I am a victim of Identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | Last Name: |
|---|---|
| BRAEND | MANUELA |

| Address: | Phone: | Email: |
|---|---|---|
| 1930 hennessy pl , 2<br>bronx , NY 10453<br>USA | 917-499-0653 | Bmgbraend@outlook.com |

## Personal Statement

Please block ANY and ALL information being reported or furnished about the consumer in ANY and ALL databases. Immediately as required by law. Failure to do so will result in further legal action being taken against ANY PERSON who defies this FTC report.

## Accounts Affected by the Crime

### Credit Card Opened by the Thief

| Company or Organization: | AFFIRM INC |
|---|---|
| Account Number: | D8HP05XX |

| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
|---|---|---|
| 5/2021 | 7/2021 | $ 6594 |

### Credit Card Opened by the Thief

| Company or Organization: | APPLE CARD GS BANK USA |
|---|---|
| Account Number: | 110001XXXXXXXXXX |

| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
|---|---|---|
| 8/2021 | 7/2021 | $ 17473 |

IDTheftReport_157436366.pdf

3/10/23, 3:00 PM

| Credit Card Opened by the Thief | | |
|---|---|---|
| **Company or Organization:** | Navy federal credit Union | |
| **Account Number:** | 406095XXXXXXXXXX | |
| **Date fraud began:** | **Date that I discovered it:** | **Total fraudulent amount:** |
| 5/2021 | 7/2021 | $ 20178 |

| Credit Card Opened by the Thief | | |
|---|---|---|
| **Company or Organization:** | Navy federal credit Union | |
| **Account Number:** | 406095XXXXXXXXXX | |
| **Date fraud began:** | **Date that I discovered it:** | **Total fraudulent amount:** |
| 5/2021 | 7/2021 | $ 20178 |

| Fraudulent Auto Loan or Lease | | |
|---|---|---|
| **Company or Organization:** | MERCEDES-BENZ FINANCIAL SERVICES USA LLC | |
| **Account Number:** | 500200XXXXXXX | |
| **Date fraud began:** | **Date that I discovered it:** | **Total fraudulent amount:** |
| 7/2021 | 7/2021 | $ 0 |

## Fraudulent Information on Credit Reports

| | |
|---|---|
| **Accounts or Charges** | Yes, fraudulent accounts or charges appear on my credit report |
| **Personal Information** | **Addresses:** 4212DIGNEYAVE BRONX,NY10466-2002, **Phone numbers:** 3474995360 |
| **Credit Inquiries** | KAVULICH AND ASSOCIATE, AMEX, CITIZENS ONE |

3/10/23, 3:00 PM

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**BRAEND MANUELA**                                    **3/10/2023**
BRAEND MANUELA                                        Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information visit our website at *www.usps.com*®

Chester, PA 1901

Certified Mail Fee
$4.15                                    0104
                                          10
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00       Postmark
☐ Adult Signature Required          $ $0.00        Here
☐ Adult Signature Restricted Delivery $ $0.00

Postage
$0.87
Total Postage and Fees                  03/16/2023
$8.37

Sent To  Transunion Fraud Victim Asst.
Street and Apt. No., or PO Box No.  PO Box 2000
City, State, ZIP+4®  Chester PA, 19016

PS Form 3800, April 2015



 An official website of the United States Government

 Consumer Financial
Protection Bureau
(https://www.consumerfinance.gov/)

Start a new complaint

‹ All complaints (.)

# 230427-10961915

**CLOSED**

 **Submitted**

## We received your complaint. Thank you.

**STATUS**

Submitted to the
CFPB on
4/27/2023

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**PRODUCT**

Credit reporting,
credit repair
services, or other
personal
consumer reports

**ISSUE**

Problem with a
credit reporting
company's
investigation into
an existing
problem

**YOUR COMPLAINT**

On March 16, 2023 I the consumer notified Transunion about the fact that I was a victim of Identity Theft and submitted the required documentation required by law, However Transunion received the documents and failed to block the UNAUTHORIZED ACCOUNTS from the consumer file within (4) business days. TRANSUNION DECIDED TO MAKE A FALSE STATEMENT CLAIMING THE ACCOUNTS WERE "VERIFIED BY THE CREDITOR AS ACCURATE" Transunion is claiming the accounts are accurate however EQUIFAX AND EXPERIAN also conducted an investigation and concluded that the accounts were in fact UNAUTHORIZED and blocked them from their consumer file. After contacting Transunion and speaking to agents like JIM for over an hour on the phone (Proof in attachment) I was told that the information would not be removed because it was "FACTUAL" and that the only person who can report or remove information about me was the "FURNISHERS" because TRANSUNION doesn't control any of the information on THEIR company consumer report. I continued by asking for the investigation procedures only to get disregarded and the phone hung up on me. Transunion is taking a severe advantage over me as a consumer due to their VITAL role which they ASSUMED in

**ATTACHMENTS**

IMG_0046.JPG
(2.8 MB)

TransUnion
Identity Theft
Victim
Assistance
Affidavit.pdf
(3.1 MB)

BM ID
THEFT.pdf (85.7
KB)

Phone (888)
842-6328.pdf (1
MB)

File
Number.pdf
(2.3 MB)

BM
TRANSUNION
RD 4
IDTHEFT.pdf

reporting this GRAVE information that is UNAUTHORIZED and does not belong to me with no consent. When I asked about my PRIVACY they said they had no OBLIGATION to it and that they simply report whatever the "FURNISHERS" tell them to report. Transunion is now Knowingly and willfully non compliant because they are failing to adopt reasonable procedures in maintaining my consumer file. My privacy has been invaded and Transunion has failed to protect my confidentiality regarding my non public information. Transunion has failed to be impartial, fair or Equitable to me as a consumer and continue their misconduct. Transunion misconduct is negligent and has caused me irreparable damages both mentally and financially, due to Transunion unlawful conduct I am suffering severe stress and financial loss. I am being discouraged from disputing information that does not belong to me and Transunion has made it impossible for me to enter any credit transactions to obtain goods or services under credit for personal, family or household purposes, which has in fact caused me to cry at times, suffer from anxiety and depression. PROOF OF EVIDENCE TO MY CLAIMS PROVIDED AS ATTACHMENTS

(182.4 KB)

View full complaint ⊕



## Sent to company

**STATUS**
Sent to company on 4/27/2023

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.



## Company still working

**STATUS**
Company response is in progress as of 5/6/2023

### The company has responded that it is still working on your issue

In some cases, companies need more time to respond. You should receive a final response within 60 days from the date we sent your complaint to the company.

**COMPANY'S INTERIM RESPONSE**

We received your complaint about the items in your credit report, and apologize for any difficulty you may have

experienced. We are currently reviewing your complaint along with the information you previously submitted regarding this issue. We will follow-up with you within sixty (60) days from the date you submitted your request.



# Company responded

**STATUS**
Company responded on 6/6/2023

**RESPONSE TYPE**
Closed with non-monetary relief

## Company's Response

After careful review, we have determined the information submitted in the portal included a dispute of information appearing on your credit report. TransUnion has processed your request and forwarded a copy of the Investigation Results through US mail. You should expect to receive those results in approximately 7 business days. Based on your request to add an extended fraud alert to your credit report, we sent you a letter to confirm the alert has been added, and included information about the alert, how long it remains on your report and instructions to obtain your two free credit reports. In response to your request to block fraudulent information appearing on your credit report, we sent you a letter to inform you we were unable to block the information for the reason described in the letter and we investigated the information by contacting the creditors to verify the accuracy of the information.

**DESCRIPTION OF NON-MONETARY RELIEF**

In response to your request, the following actions were taken on your credit file: You disputed the following Personal Information on your credit file. Below includes the actions taken: Name - ADDED You disputed the following accounts and/or public records on your credit file. Below includes the results of that investigation. NAVY FEDERAL CR UN-UPDATED (3) KAFENE INC-VERIFIED AS REPORTED JPMCB CARD SERVICES-UPDATED (2) APPLE CARD - GS BANK USA-UPDATED MB FINANCIAL SERVICES-UPDATED BANK OF AMERICA-UPDATED Other miscellaneous actions take based on your request were: Opt out - UPDATED EXPIRATION Extended alert - UPDATED EXPIRATION



# Feedback requested

**STATUS**
Feedback requested on 6/6/2023

## Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when the company responded to share your feedback. The CFPB will share your feedback responses with the company and use the information to help the CFPB's work with consumer complaints.

**FEEDBACK DUE**

8/5/2023

 # Closed

The CFPB has closed your complaint.

Privacy Act Statement

OMB #3170-0011

Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday
(except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-
leave/federal-holidays/#url=Overview)

More than 180 languages available.

 An official website of the United States Government



An official website of the United States Government

Consumer Financial
Protection Bureau
(https://www.consumerfinance.gov/)

Start a new complaint

‹ All complaints (.)

# 230427-10961445
**CLOSED**

 **Submitted**

**STATUS**
Submitted to the
CFPB on
4/27/2023

**PRODUCT**
Credit reporting,
credit repair
services, or other
personal
consumer reports

**ISSUE**
Problem with a
credit reporting
company's
investigation into
an existing
problem

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

On March 16, 2023 I the consumer notified Transunion about the fact that I was a victim of Identity Theft and submitted the required documentation required by law, However Transunion received the documents and failed to block the UNAUTHORIZED ACCOUNTS from the consumer file within (4) business days. TRANSUNION DECIDED TO MAKE A FALSE STATEMENT CLAIMING THE ACCOUNTS WERE "VERIFIED BY THE CREDITOR AS ACCURATE" Transunion is claiming the accounts are accurate however EQUIFAX AND EXPERIAN also conducted an investigation and concluded that the accounts were in fact UNAUTHORIZED and blocked them from their consumer file. After contacting Transunion and speaking to agents like JIM for over an hour on the phone (Proof in attachment) I was told that the information would not be removed because it was "FACTUAL" and that the only person who can report or remove information about me was the "FURNISHERS" because TRANSUNION doesn't control any of the information on THEIR company consumer report. I continued by asking for the investigation procedures only to get disregarded and the phone hung up on me. Transunion is taking a severe advantage over me as a consumer due to their VITAL role which they ASSUMED in

**ATTACHMENTS**

IMG_0046.JPG
(2.8 MB)

TransUnion
Identity Theft
Victim
Assistance
Affidavit.pdf
(3.1 MB)

BM ID
THEFT.pdf (85.7
KB)

Phone (888)
842-6328.pdf (1
MB)

BM
TRANSUNION
RD 4
IDTHEFT.pdf
(182.4 KB)

File
Number.pdf

reporting this GRAVE information that is UNAUTHORIZED and does not belong to me with no consent. When I asked about my PRIVACY they said they had no OBLIGATION to it and that they simply report whatever the "FURNISHERS" tell them to report. Transunion is now Knowingly and willfully non compliant because they are failing to adopt reasonable procedures in maintaining my consumer file. My privacy has been invaded and Transunion has failed to protect my confidentiality regarding my non public information. Transunion has failed to be impartial, fair or Equitable to me as a consumer and continue their misconduct. Transunion misconduct is negligent and has caused me irreparable damages both mentally and financially, due to Transunion unlawful conduct I am suffering severe stress and financial loss. I am being discouraged from disputing information that does not belong to me and Transunion has made it impossible for me to enter any credit transactions to obtain goods or services under credit for personal, family or household purposes, which has in fact caused me to cry at times, suffer from anxiety and depression. PROOF OF EVIDENCE TO MY CLAIMS PROVIDED AS ATTACHMENTS

(2.3 MB)

View full complaint 

 ## Sent to company

**STATUS**

Sent to company on 4/27/2023

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

## Company still working

**STATUS**

Company response is in progress as of 5/6/2023

### The company has responded that it is still working on your issue

In some cases, companies need more time to respond. You should receive a final response within 60 days from the date we sent your complaint to the company.

**COMPANY'S INTERIM RESPONSE**

We received your complaint about the items in your credit report, and apologize for any difficulty you may have

experienced. We are currently reviewing your complaint along with the information you previously submitted regarding this issue. We will follow-up with you within sixty (60) days from the date you submitted your request.



# Company responded

**STATUS**

Company responded on 6/6/2023

**RESPONSE TYPE**

Closed with non-monetary relief

## Company's Response

After careful review, we have determined the information submitted in the portal included a dispute of information appearing on your credit report. TransUnion has processed your request and forwarded a copy of the Investigation Results through US mail. You should expect to receive those results in approximately 7 business days. In response to your request to block fraudulent information appearing on your credit report, we sent you a letter to inform you we were unable to block the information for the reason described in the letter and we investigated the information by contacting the creditors to verify the accuracy of the information. In response to your request for a description of the dispute procedure, we sent you a letter listing the actions we take: TransUnion reviews all available relevant information and contacts the data furnisher to verify the accuracy of the information if we are unable to make the change based on the information you provided, we update our records with the information the creditor provides in response to the dispute, and then we send you the results of the investigation including the contact information of the company that verified the data so you can contact them directly if needed.

**DESCRIPTION OF NON-MONETARY RELIEF**

In response to your request, the following actions were taken on your credit file: You disputed the following Personal Information on your credit file. Below includes the actions taken: Telephone number -REMOVED You disputed the following accounts and/or public records on your credit file. Below includes the results of that investigation. APPLE CARD - GS BANK USA-UPDATED KAFENE INC-VERIFIED AS REPORTED JPMCB CARD SERVICES-UPDATED (2) NAVY FEDERAL CR UN-UPDATED (3) BANK OF AMERICA-UPDATED MB FINANCIAL SERVICES-UPDATED



# Feedback provided

**STATUS**

## Your feedback

**THE COMPANY'S RESPONSE ADDRESSED ALL OF MY ISSUES**

No

**Feedback provided on 6/6/2023**

**ADDITIONAL COMMENTS**

Transunion is knowingly and willfully non compliant with federal laws and has continued their misconduct. Transunion has failed to properly investigate these matters and failed to respect my right to privacy.

**I UNDERSTAND THE COMPANY'S RESPONSE TO MY COMPLAINT**

No

**ADDITIONAL COMMENTS**

Transunion is making false claims and are operating outside the laws set by Congress. I am an injured consumer and will proceed with all legal remedies.

**THE COMPANY DID WHAT THEY SAID THEY WOULD DO WITH MY COMPLAINT**

No

**ADDITIONAL COMMENTS**

Transunion is an invader of rights and are negligent. I am financially harmed, my reputation has been destroyed and I am suffering mental anguish from slander of credit

## What happens now?

The complaint process is complete and your complaint is now closed.

We have taken the following additional actions on your complaint:

- We added your complaint to the CFPB's Consumer Complaint Database (http://www.consumerfinance.gov/data-research/consumer-complaints).
- Your feedback, and feedback from others, helps us understand how companies are addressing concerns raised by consumers in their complaints. We will also share your feedback with the company.
- We have also shared your complaint with the Federal Trade Commission, which will add your complaint to its database for state and federal law enforcement agencies.

We appreciate your participation in the complaint process and your feedback on the company's response. Both are important to us and consumers who may have similar issues and concerns.

 **Closed**          The CFPB has closed your complaint.

**Privacy Act Statement**

**OMB #3170-0011**

**Note on user experience**

 Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday
(except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-
leave/federal-holidays/#url=Overview)

More than 180 languages available.

An official website of the United States Government





TransUnion

1510 Chester Pike
2 Baldwin Place
Crum Lynne, PA 19022

May 05, 2023

Verenice Cervantes
Better Business Bureau of
Chicago & Northern Illinois
121 W. Wacker Dr. Ste 2000
Chicago, IL  60601

**RE: Braend Manuela**                    *Complaint ID: 20008289*

Dear Verenice Cervantes,

Thank you for contacting TransUnion. Our goal is to maintain complete and accurate information on consumer credit reports. In response to your request, we have reviewed the information contained in Braend Manuela's complaint and are providing the information below in response.

After careful review, we have determined this complaint includes a dispute of information appearing on the consumer credit report. Consumer Relations will enter this dispute into our system and review all information and any additional documentation provided to determine next steps. We may also need to contact the data furnisher to verify the current status of the account.

If the item has been disputed previously and verified as accurate, we will review any new information the consumer is able to supply to determine whether we can take action. Within 30 days, we will close out the dispute and advise the consumer of the results in writing. If after the completion of our investigation the consumer has questions regarding the results, we encourage the consumer to contact the creditor(s) directly. The business name, address, and, if available, telephone number of the source(s) of information contacted in connection with the dispute can be found in the "Investigation Results" document sent at the conclusion of the investigation. If the consumer needs to dispute information on the credit report in the future, the consumer may dispute directly with TransUnion online at https://www.transunion.com/credit-disputes/dispute-your-credit. Should the consumer have any further questions, please contact

www.transunion.com
(800) 916-8800
P.O. Box 2000 Chester, PA 19016-2000



USPS Certified Mail Tracking provided by LetterStream.com                                    12/12/23, 5:32 AM

# Certified Mail Tracking

Track another _____    track it

**Tracking ID: 9214890142980491008371**

**Job: BM Transunion Intent to Sue (#8690120)**

**To: Transunion LLC**

1. **DELIVERED FRONT DESK/RECEPTION/MAIL ROOM, November 15, 2023 11:04 am, CHICAGO,IL, 60661
2. **OUT FOR DELIVERY, November 15, 2023 06:10 am, CHICAGO,IL, 60661
3. **ARRIVAL AT UNIT, November 15, 2023 05:47 am, CHICAGO,IL, 60699
4. **PROCESSED THROUGH USPS FACILITY, November 11, 2023 12:25 am, CHICAGO IL DISTRIBUTION CENTER, 60607
5. **PROCESSED THROUGH USPS FACILITY, November 08, 2023 11:19 pm, PHOENIX AZ DISTRIBUTION CENTER, 85043
6. **SHIPMENT RECEIVED ACCEPTANCE PENDING, November 08, 2023 10:07 pm, PHOENIX,AZ, 85026
7. **ORIGIN ACCEPTANCE, November 08, 2023 10:04 pm, PHOENIX AZ DISTRIBUTION CENTER, 85026
8. **PRE-SHIPMENT INFO SENT USPS AWAITS ITEM, November 08, 2023 06:35 pm, PHOENIX,AZ, 85026

View on USPS.com

The status of the tracked Mail or view information comes from the USPS and is available at USPS.com

Print The Above

**UNITED STATES POSTAL SERVICE**

Date Produced: 11/20/2023

LETTERSTREAM:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 4298 0491 0083 71. Our records indicate that this item was delivered on 11/15/2023 at 11:04 a.m. in CHICAGO, IL 60661. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

USPS Certified Mail Tracking provided by LetterStream.com                    12/12/23, 5:34 AM

# Certified Mail Tracking

Track another _____    track it

**Tracking ID: 9214890142980491008395**

**Job: BM Transunion Intent to Sue (#8690120)**

**To: transunion 2**

1. **\*\*DELIVERED INDIVIDUAL PICKED UP AT USPS**, November 14, 2023 12:01 pm, CHESTER,PA, 19013
2. **\*\*DELIVERED TO AGENT FOR FINAL DELIVERY**, November 14, 2023 09:38 am, CHESTER,PA, 19016
3. **\*\*ARRIVAL AT UNIT**, November 14, 2023 09:00 am, CHESTER,PA, 19013
4. **\*\*PROCESSED THROUGH USPS FACILITY**, November 12, 2023 09:30 am, PHILADELPHIA PA DISTRIBUTION CE, 19176
5. **\*\*PROCESSED THROUGH USPS FACILITY**, November 11, 2023 09:56 pm, PHILADELPHIA PA DISTRIBUTION CE, 19176
6. **\*\*PROCESSED THROUGH USPS FACILITY**, November 09, 2023 12:11 am, PHOENIX AZ DISTRIBUTION CENTER, 85043
7. **\*\*PROCESSED THROUGH USPS FACILITY**, November 08, 2023 11:19 pm, PHOENIX AZ DISTRIBUTION CENTER, 85043
8. **\*\*SHIPMENT RECEIVED ACCEPTANCE PENDING**, November 08, 2023 10:07 pm, PHOENIX,AZ, 85026
9. **\*\*ORIGIN ACCEPTANCE**, November 08, 2023 10:04 pm, PHOENIX AZ DISTRIBUTION CENTER, 85026
10. **\*\*PRE-SHIPMENT INFO SENT USPS AWAITS ITEM**, November 08, 2023 06:35 pm, PHOENIX,AZ, 85026

View on USPS.com

The source of all Certified Mail tracking information comes from the USPS and is available at **USPS.com**

USPS Certified Mail Tracking provided by LetterStream.com

12/12/23, 5:34 AM

Print The Above

# UNITED STATES
# POSTAL SERVICE.

Date Produced: 11/20/2023

LETTERSTREAM:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 4298 0491 0083 95. Our records indicate that this item was delivered on 11/14/2023 at 12:01 p.m. in CHESTER, PA 19013. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

USPS CERTIFIED MAIL

NOTICE OF DISPUTE AND INTENT TO SUE

Date: November 7, 2023

Braend Manuela

Mail location: 1930 Hennessy pl
Bronx, NY 10453

Last 4 SS #

Transunion
P.O. BOX 2000
Chester, PA 19016

Re: Dispute of Inaccurate Information on My Credit Report and Intent to sue

To Whom It May Concern,

I am writing to dispute information on my Transunion credit report, as provided in
accordance with the Fair Credit Reporting Act (FCRA) and the Consumer Financial
Protection Bureau (CFPB) guidelines. I believe that the information reported by
Experian is inaccurate and needs to be corrected. This dispute pertains to the
following items:

*Account name MB FIN SVCS*
*Account number: 500200xxxxxx*

*Name of Account: Navy federal credit Union*

*Account Number:* **406095XXXXXXXXXX**

**Status: Charge-off**

*Name of Account: Navy federal credit Union*

*Account Number:* **161305XXXX**

*Account name*

*NAVY FCU*

BM-Transunion Dispute & Intent to sue

USPS CERTIFIED MAIL

## NOTICE OF DISPUTE AND INTENT TO SUE

*Account number*

*000143XXXXXXXX*

*Name of Account:* **BANK OF AMERICA**

*Account Number:* **440066XXXXXXXXXX**

*Name of Account:* **BANK OF AMERICA**

*Account Number:* **XXXXXXXXXX**

*Name of Account:* **JP0MCB – CARD SERVICE**

*Account Number:* **414720XXXXXX**

*Name of Account:* **JPMCB – CARD SERVICE**

*Account Number:* **426684XXXXXX**

*Name of Account: Navy federal credit Union*

*Account Number:* 000143XXXXXXXXXXXX

*Name of Account: APPLE CARD / GS BANK USA*

*Account Number: 110001XXXXXXXXXX*

Account name KAFENE INC
Account number FXXXX

**NON Account bearing Inquiries**

**PRESTIGE AUT**

These inaccurate, incomplete, and unverifiable accounts have caused me mental anguish, stress, anxiety, financial hardship and have caused me to be denied when applying to enter consumer credit transactions. Please delete

BM-Transunion Dispute & Intent to sue

USPS CERTIFIED MAIL

## NOTICE OF DISPUTE AND INTENT TO SUE

each and every listed account and information listed in this letter and highlighted on the Consumer report attached.

I have also enclosed documents regarding my dispute, including Transunion's Consumer Disclosure and an Invoice for all damages.

I request that Transunion investigate and remove these disputed items as soon as possible and correct all inaccuracies. Under the FCRA, you are required to complete the investigation within 30 days of receiving this letter. I also request that you provide me with a written response detailing the results of the investigation and any corrections made.

Additionally, I wish to notice Transunion of my intent to sue, I fully intend to file a Federal complaint at the Southern District of New York. If Transunion does not resolve this dispute to my satisfaction, I reserve the right to seek all Legal remedies in order to lawfully resolve this matter.

If Transunion wishes to avoid a Federal Lawsuit, I demand a removal of all the listed accounts and extend an offer for settlement of $10,000. I will allow Transunion 30 days to accept this offer before proceeding with a Lawsuit.

I look forward to a prompt resolution of this dispute and a correction to my credit report. Please send all correspondences to the address provided above.

Sincerely,

Braend Manuela

BM-Transunion Dispute & Intent to sue

Experian                                                          11/7/23, 6:27 PM



Prepared For

**BRAEND L. MANUELA**

Personal & confidential

Date generated: Nov 7, 2023

## At a glance

FICO® Score 8



**639** FICO® SCORE 8
TransUnion data Nov 7, 2023



300 ——————————————————————————————————————— 850
                          Fair

**Account summary**

| | |
|---|---|
| Open accounts | 11 |
| Accounts ever late | 9 |
| Closed accounts | 15 |
| Collections | 0 |
| Average account age | 5 yrs 6 mos |
| Oldest account | 21 yrs 11 mos |

**Overall credit usage**

**20 %**

▦ Credit used: **$1,139**
Credit limit: **$5,800**

**Debt summary**

| | |
|---|---|
| Credit card and credit line debt | $1,139 |
| Loan debt | $33,656 |
| Collections debt | $0 |
| Total debt | $34,795 |

Experian                                                                                      11/7/23, 6:27 PM



Prepared For **BRAEND L. MANUELA**     **Date generated:** Nov 7, 2023

## Personal information

| | | |
|---|---|---|
| Name | Addresses | Employers |
| **BRAEND LEE MANUELA** | **1930 HENNESSY PL 2** | **SELFEMPLOYED** |
| | **BRONX, NY 10453** | |
| Also known as | | **LA CENTRO SOCIAL ESPERANZA** |
| - | | |
| Generational identifier | | |
| - | | |
| Year of birth | | |
| **1995** | | |

Personal statements

**#HK#!FCRA INITIAL FRAUD ALERT: ACTION MAY BE REQUIRED UNDER FCRA BEFORE OPENING OR MODIFYING AN ACCO**

Experian

11/7/23, 6:27 PM

 TransUnion.

Prepared For **BRAEND L. MANUELA**    Date generated: **Nov 7, 2023**

## Closed accounts

**BK OF AMER**                                                                                        $12,755
Unknown payment history                                                                              Closed

### Account info

| | | | |
|---|---|---|---|
| Account name | **BK OF AMER** | Balance | **$12,755** |
| Account number | **XXXX** | Balance updated | **Oct 26, 2023** |
| Original creditor | - | Credit limit | **$10,500** |
| Company sold | - | Monthly payment | - |
| Account type | **Revolving account** | Past due amount | **$12,755** |
| Date opened | **May 22, 2021** | Highest balance | **$12,755** |
| Open/closed | **Closed** | Terms | - |
| Status | **Charged off as bad debt** | Responsibility | **Individual account** |
| Status updated | **Oct 2023** | Your statement | · |

### Payment history

No payment history available to display.

### Contact info

| | |
|---|---|
| Address | **PO BOX 982238 EL PASO, TX 79998** |
| Phone number | **(800) 421-2110** |

### Comments

Account information disputed by consumer

Experian                                                                      11/7/23, 6:27 PM

 TransUnion

Prepared For **BRAEND L. MANUELA**     Date generated: Nov 7, 2023

**GS BANK USA**                                                                $17,471
Unknown payment history                                                       Closed

### Account info

| | | | |
|---|---|---|---|
| Account name | **GS BANK USA** | Balance | **$17,471** |
| Account number | **XXXX** | Balance updated | **Sep 30, 2023** |
| Original creditor | - | Credit limit | **$7,000** |
| Company sold | - | Monthly payment | - |
| Account type | **Revolving account** | Past due amount | **$17,471** |
| Date opened | **Oct 27, 2020** | Highest balance | **$17,473** |
| Open/closed | **Closed** | Terms | - |
| Status | **Charged off as bad debt** | Responsibility | **Individual account** |
| Status updated | **Sep 2023** | Your statement | - |

### Payment history

No payment history available to display.

### Contact info

Address                    **LOCKBOX 6112 P.O. BOX 7247**
                           **PHILADELPHIA,**
                           **PA 19170**

Phone number              **(877) 255-5923**

### Comments

Canceled by credit grantor

Experian                                                                                            11/7/23, 6:27 PM

 TransUnion

Prepared For **BRAEND L. MANUELA**    Date generated: **Nov 7, 2023**

**JPMCB CARD**                                                                                     $9,216
Unknown payment history                                                                           Closed

### Account info

| | | | |
|---|---|---|---|
| Account name | **JPMCB CARD** | Balance | **$9,216** |
| Account number | **426684XXXXXX** | Balance updated | **Nov 03, 2023** |
| Original creditor | - | Credit limit | **$7,000** |
| Company sold | - | Monthly payment | - |
| Account type | **Revolving account** | Past due amount | **$9,216** |
| Date opened | **Jan 10, 2017** | Highest balance | **$10,555** |
| Open/closed | **Closed** | Terms | - |
| Status | **Charged off as bad debt** | Responsibility | **Individual account** |
| Status updated | **Nov 2023** | Your statement | - |

### Payment history

No payment history available to display.

### Contact info

Address          **PO BOX 15369 WILMINGTON,
                 DE 19850**

Phone number     **(800) 945-2000**

### Comments

Canceled by credit grantor

Experian                                                                                        11/7/23, 6:27 PM

 TransUnion.

Prepared For **BRAEND L. MANUELA**    Date generated: Nov 7, 2023

⊙ **JPMCB CARD**                                                                                $5,960

Unknown payment history                                                                          Closed

### Account info

| | | | |
|---|---|---|---|
| Account name | **JPMCB CARD** | Balance | **$5,960** |
| Account number | **414720XXXXXX** | Balance updated | **Nov 03, 2023** |
| Original creditor | - | Credit limit | **$9,500** |
| Company sold | - | Monthly payment | - |
| Account type | **Revolving account** | Past due amount | **$5,960** |
| Date opened | **Nov 27, 2019** | Highest balance | **$9,828** |
| Open/closed | **Closed** | Terms | - |
| Status | **Charged off as bad debt** | Responsibility | **Individual account** |
| Status updated | **Nov 2023** | Your statement | - |

### Payment history

No payment history available to display.

### Contact info

Address            **PO BOX 15369 WILMINGTON,**
                   **DE 19850**

Phone number       **(800) 945-2000**

### Comments

Canceled by credit grantor

Experian                                                                                                          11/7/23, 6:27 PM



Prepared For **BRAEND L. MANUELA**    Date generated: Nov 7, 2023

**KAFENE INC**                                                                                                          $1,599
Unknown payment history                                                                                          Closed

### Account info

| | | | |
|---|---|---|---|
| Account name | **KAFENE INC** | Balance | **$1,599** |
| Account number | **FIXXXX** | Balance updated | **Nov 01, 2023** |
| Original creditor | - | Original balance | **$1,600** |
| Company sold | - | Monthly payment | - |
| Account type | **Installment account** | Past due amount | **$3,518** |
| Date opened | **May 20, 2022** | Terms | **12 Months** |
| Open/closed | **Closed** | Responsibility | **Individual account** |
| Status | **Charged off as bad debt** | Your statement | - |
| Status updated | **Nov 2023** | | |

### Payment history

No payment history available to display.

### Contact info

| | |
|---|---|
| Address | **115 W 27TH STREET 5TH FLOOR NEW YORK, NY 10001** |
| Phone number | **(855) 420-0747** |

### Comments

Early termination/balance owing

Experian                                                                                    11/7/23, 6:27 PM

 TransUnion

Prepared For **BRAEND L. MANUELA**    **Date generated:** Nov 7, 2023

⊛ **MB FIN SVCS**                                                                            $149,921
Unknown payment history                                                                      Closed

📑 **Account info**

| | | | |
|---|---|---|---|
| Account name | **MB FIN SVCS** | Balance | **$149,921** |
| Account number | **500200XXXXXXX** | Balance updated | **May 17, 2023** |
| Original creditor | - | Original balance | **$145,599** |
| Company sold | - | Monthly payment | - |
| Account type | **Installment account** | Past due amount | **$9,729** |
| Date opened | **Jul 27, 2021** | Terms | **72 Months** |
| Open/closed | **Closed** | Responsibility | **Individual account** |
| Status | **Charged off as bad debt** | Your statement | - |
| Status updated | **May 2023** | | |

§ **Payment history**

No payment history available to display.

✉ **Contact info**

Address                    **P.O. BOX 961 ROANOKE,**
                           **TX 76262**

Phone number               -

📄 **Comments**

Dispute resolved reported by grantor

Experian                                                                                      11/7/23, 6:27 PM



Prepared For **BRAEND L. MANUELA**    Date generated: Nov 7, 2023

**NAVY FCU**                                                                              $62,425
Unknown payment history                                                                   Closed

### Account info

| | | | |
|---|---|---|---|
| Account name | **NAVY FCU** | Balance | **$62,425** |
| Account number | **000143XXXXXXXXXXXX** | Balance updated | **Sep 30, 2023** |
| Original creditor | - | Original balance | **$60,299** |
| Company sold | - | Monthly payment | - |
| Account type | **Installment account** | Past due amount | **$62,425** |
| Date opened | **Jul 06, 2021** | Terms | **72 Months** |
| Open/closed | **Closed** | Responsibility | **Individual account** |
| Status | **Charged off as bad debt** | Your statement | - |
| Status updated | **Sep 2023** | | |

### Payment history

No payment history available to display.

### Contact info

| | |
|---|---|
| Address | **PO BOX 3700 MERRIFIELD, VA 22119** |
| Phone number | - |

### Comments

Dispute resolved; customer disagrees

Experian                                                                                                    11/7/23, 6:27 PM



Prepared For **BRAEND L. MANUELA**    **Date generated:** Nov 7, 2023

**NAVY FCU**                                                                                                      $20,178
Unknown payment history                                                                                          Closed

### Account info

| | | | |
|---|---|---|---|
| Account name | **NAVY FCU** | Balance | **$20,178** |
| Account number | **014060XXXX** | Balance updated | **Sep 30, 2023** |
| Original creditor | - | Credit limit | **$15,000** |
| Company sold | - | Monthly payment | - |
| Account type | **Revolving account** | Past due amount | **$20,178** |
| Date opened | **May 25, 2021** | Highest balance | **$20,178** |
| Open/closed | **Closed** | Terms | - |
| Status | **Charged off as bad debt** | Responsibility | **Individual account** |
| Status updated | **Sep 2023** | Your statement | - |

### Payment history

No payment history available to display.

### Contact info

| | |
|---|---|
| Address | **PO BOX 3700 MERRIFIELD, VA 22119** |
| Phone number | **(800) 336-3333** |

### Comments

Dispute resolved; customer disagrees

Experian                                                                                  11/7/23, 6:27 PM



Prepared For **BRAEND L. MANUELA**   Date generated: Nov 7, 2023

**NAVY FCU**                                                                              $20,178

Unknown payment history                                                                   Closed

### Account info

| | | | |
|---|---|---|---|
| Account name | **NAVY FCU** | Balance | **$20,178** |
| Account number | **406095XXXX** | Balance updated | **May 19, 2023** |
| Original creditor | - | Credit limit | **$15,000** |
| Company sold | - | Monthly payment | - |
| Account type | **Revolving account** | Past due amount | **$20,178** |
| Date opened | **May 25, 2021** | Highest balance | **$20,178** |
| Open/closed | **Closed** | Terms | - |
| Status | **Charged off as bad debt** | Responsibility | **Individual account** |
| Status updated | **May 2023** | Your statement | - |

### Payment history

No payment history available to display.

### Contact info

| | |
|---|---|
| Address | **PO BOX 3700 MERRIFIELD, VA 22119** |
| Phone number | **(800) 336-3333** |

### Comments

Dispute resolved; customer disagrees

Experian



Prepared For **BRAEND L. MANUELA**    Date generated: Nov 7, 2023

**Inquiries**

**PRESTIGE AUT**

Inquired on Nov 3, 2023

Business Type: Automotive

1020 US HIGHWAY 1

AVENEL, NJ 07001

(732) 602-9800

This inquiry is scheduled to continue on record until Dec 2025

**Braend Manuela**
1930 Hennessy Pl
Bronx, NY 10453

# INVOICE

# 1

Bill To:

**Transunion**
P.O. BOX 2000
Chester, PA 19016

| | |
|---|---|
| Date: | Nov 7, 2023 |
| Payment Terms: | Due Now |
| Due Date: | Dec 7, 2023 |
| **Balance Due:** | **$10,000.00** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **Mental Anguish** | 1 | $5,000.00 | $5,000.00 |
| **Financial Loss** | 1 | $5,000.00 | $5,000.00 |

| | |
|---|---|
| Subtotal: | $10,000.00 |
| Tax (0%): | $0.00 |
| Total: | $10,000.00 |

Terms:

This Invoice is due by December 7, 2023
Failure to pay on time will result in consumer seeking all legal remedies.